# Locations of Bogus Medical Clinics

