**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 05/06/2010

Case: 281H-NY-302568 Target: 917-704-7400 Line ID: 917-704-7400 ATT

Session #: 17618

Start Time: 14:17:15 EDT

End Time: 14:21:05 EDT

Direction: Incoming

Associate #: 8184045353

Monitor: [redacted]

Transcribed By: ArmTranslator113

**Participants:**

| | |
|---|---|
| Alik | Alik |
| Robert Terdjanian | RT |
| Vagan Stepanian | VS |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 917-704-7400

Line ID: 917-704-7400
ATT

Date: 05/06/2010
Session #:17618

DRAFT

Case : 281H-NY-302568
Date: 05/06/2010
Session #:17618

Target #: 917-704-7400

Line ID: 917-704-7400
ATT

**TRANSLATION**

RT: Hello.

Alik: Yeah Rob jan, good morning.

RT: How are you, my brother?

Alik: Good bro. How are you?

RT: Ok, Al jan. What's up?

Alik: The usual, my brother. What's up with you?

RT: Good bro. Good. Al jan, do you possibly have Qerop's number in Armenia?

Alik: Armen's?

RT: Yeah.

Alik: Why what's up?

RT: Bro, there is an issue there connected with my brother. I want Vahan to call... so my brother can approach him there.

Alik: No problem bro. I have... yeah, I *just* spoke with him yesterday.

RT: He says he spoke... yesterday. Yeah he is in Yerevan.

VS: He is in Yerevan?

RT: Yeah.

Alik: Yeah, I spoke with him yesterday. ... now. I will give it to you now, my brother.

RT: Is it a good time now, Al? Won't he be sleeping if I call?

Alik: No bro, it is just night time.

RT: Is it good?

Alik: Yeah, I spoke... at 1:30 yesterday.

RT: [OV] He says, "I spoke... even later yesterday."

Alik: [OV] Yeah, it is night time there. Now... when did he wake up? He... he sleeps during the days and wakes up at night.

DRAFT

Case : 281H-NY-302568 Target #: 917-704-7400 Line ID: 917-704-7400 ATT
Date: 05/06/2010
Session #:17618

RT: He says, "On the contrary, he sleeps the whole day, and he is awake at night."
Alik: Bro, write it down Rob jan.
RT: Tell me, my brother.
Alik: 0... you know the code 011 37
RT: Yeah
Alik: It is 477 not 49. 477...
RT: Yeah
Alik: That is the code.
RT: Yeah.
Alik: 53 33 33
RT: Yeah this is his old number.
VS: [UI]
RT: No, 33 33.
Alik: 53 33 33, bro.
RT: Ok Alik jan, bro.
Alik: Ok, my brother.
RT: Thanks dear. Wait let me... wait, let me give it to Vahan
Alik: Give it to Vahan, let me speak to him, bro.
VS: Alik brother!
Alik: Hello, Vahan jan.
VS: Hello, my brother. How are you?
Alik: Eh ok bro. [OV, UI]
VS: [OV, UI]
Alik: Yeah, my brother. I am good. How are you?

DRAFT

Case : 281H-NY-302568
Date: 05/06/2010
Session #:17618

Target #: 917-704-7400

Line ID: 917-704-7400
ATT

VS: Ok my brother. Ok. We drank a little yesterday. I can hardly talk.
Alik: Yeah, I drank too, mother fucker.
VS: [Laughs].
Alik: I drank 4 bottles, mother fucker, yesterday. I was *completely* wasted the day before that.
VS: Yeah.
Alik: I don't even remember how I got home and threw myself in. Are you good bro?
VS: Ok, Al jan. Ok, my brother. [OV] How are you?
Alik: [OV] It is important that... be healthy. Good, bro. Good. We will see. Seems like things are working out. Our faces will light up a little.
VS: Yeah, hope to God, Al jan. Hope to God, my brother.
Alik: Yeah, we will see. [OV] Something will turn out.
VS: [OV] Bro, should we... is it better if we speak to Pzo now or in the morning?
Alik: ... yesterday... [coughs] I spoke with him yesterday, bro.
VS: Yeah.
Alik: It was about 1:30 when we called and spoke. He is awake. When is he asleep at this hour, bro?
VS: Yeah.
Alik: What's up with Rubo's brother? Something happened?
VS: No... I don't know. Some *problem*... Robo says, "Let's notify our brother, so he can... [OV, UI]"
Alik: [OV, UI] Yeah it's nothing. Yeah. Call and say, bro. As you wish. If you want, I can tell him or you can tell him. It is better if you tell him
VS: Yeah.

DRAFT

Case : 281H-NY-302568
Date: 05/06/2010
Session #:17618

Target #: 917-704-7400

Line ID: 917-704-7400
ATT

73 Alik: Yeah, my brother, Vahan jan.
74 VS: Ok, Al jan. Ok, my brother [OV].
75 Alik: [OV]
76 VS: What dear?
77 Alik: Ok, ok. [OV, UI]... good?
78 VS: [OV] Yeah, my brother. Yeah, I will call, I will call.
79 Alik: Ok, Vahan jan. We will talk, bro.
80 VS: Yeah, dear, yeah my brother. Ok, yeah.

DRAFT