**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 05/06/2010

Case: 281H-NY-302568 Target: 917-704-7400 Line ID: 917-704-7400 ATT

Session #: 17623

Start Time: 14:22:11 EDT

End Time: 14:24:08 EDT

Direction: Outgoing

Associate #: 7183039082

Monitor: [redacted]

Transcribed By: ArmTranslator113

**Participants:**

| | |
|---|---|
| Armen Kazarian | AK |
| Vagan Stepanian | VS |
| Robert Terdjanian | RT |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *English* |
| | <u>Russian</u> |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 917-704-7400

Line ID: 917-704-7400
ATT

Date: 05/06/2010
Session #:17623

DRAFT

Case : 281H-NY-302568 Target #: 917-704-7400 Line ID: 917-704-7400 ATT

Date: 05/06/2010
Session #:17623

**TRANSLATION**

[PIN dialed tones; Automated Message: *Calling Card Pin Number*, tones, *Please Enter Your Destination Number,* tones: 011 374 77 533333, *Your current balance will allow you to talk for 25 minutes*].

RT: Half an hour.

[Ringing]

RT: It is ringing.

AK: Hello.

VS: Good... Good evening, Armen jan.

AK: Good evening, good evening dear, [OV] Vahan jan.

VS: [OV] It is Vahan, it is Vahan, bro.

AK: Yeah... you telling me? I said, good evening Vahan jan, you are telling me, "it is Vahan".

VS: [Laughs]. How are you, Armen jan?

AK: Good, good Vahan jan. How are you?

VS: Ok bro. Alik said you are in Yerevan, huh?

AK: Yeah, yeah, Vahan jan. Yeah dear.

VS: How are you, bro? How is the kid, Armen jan?

AK: Ok Vahan jan. Thanks dear, thanks bro.

VS: Are you busy Arme jan? If you want I can call you later. ... with the guys.

AK: Yeah, yeah... in about half an hour, dear.

VS: Ok, ok, Armen jan. I will call a little later, yeah. You won't be sleeping, right? [OV]

AK: [OV] Yeah dear. No, no dear.

VS: Yeah. Yeah, my brother, yeah. [Before the line is disconnected VS says, "There is

DRAFT

Case : 281H-NY-302568 Target #: 917-704-7400 Line ID: 917-704-7400 ATT

Date: 05/06/2010
Session #:17623

some discussion there, some arg..."]

DRAFT