**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 09/23/2010

Case: 281H-NY-302568 Target: Armen Kazarian Line ID: 818-355-2050 ATT

Session #: 6498

Start Time: 18:14:35 EDT

End Time: 18:17:19 EDT

Direction: Incoming

Associate #: 3235576855

Monitor: [redacted]

Transcribed By: ArmTranslator113

DRAFT

**Participants**:

| | |
|---|---|
| Armen Kazarian | AK |
| Armen LNU | Armen |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: Armen Kazarian

Line ID: 818-355-2050
ATT

Date: 09/23/2010
Session #:6498

*DRAFT*

Case : 281H-NY-302568 Target #: Armen Kazarian Line ID: 818-355-2050 ATT

Date: 09/23/2010
Session #:6498

**TRANSLATION**

AK: Hello.
Armen: Hello dear brother.
AK: Hello.
Armen: How are you?
AK: Ok.
Armen: It is Armen.
AK: Yeah Armen.
Armen: How are you my brother?
AK: Ok, good. How are you?
Armen: Good, bro. How is the kid?
AK: Ok Armen jan, ok.
Armen: Yeah?
AK: Did you arrive this...
Armen: Yeah dear. I arrived on Saturday.
AK: Yeah.
Armen: I am leaving on Tuesday.
AK: But why?
Armen: Bro, I came to see that doctor. I had an appointment on the 28th of the month, you know.
AK: Yeah.
Armen: My job situation has... there. They are... every day. That is why I want to go back right away so it doesn't... all of a sudden.
AK: Yeah? They give you a job?
Armen: Yeah bro. They gave.... They gave me the head of the 6th Division

DRAFT

Case : 281H-NY-302568 Target #: Armen Kazarian Line ID: 818-355-2050 ATT

Date: 09/23/2010
Session #:6498

Immigration. I didn't go.

AK: Yeah, they gave you the head of the 6th Division, you didn't g- - So what are you going for now?

Armen: Seperate.

AK: Yeah what?

Armen: Well, we will see. Alik told me, "I will give it."

AK: Yeah?

Armen: Yeah.

AK: The head of the *Police* and stuff?

Armen: If not that then at least the head of the *Criminal*, you know.

AK: Yeah-yeah.

Armen: Yeah.

AK: So did the wedding go well?

Armen: Bro, crazy-good.

AK: [OV] Yeah.

Armen: The kids partied re-[OV] real nice.

AK: Yeah. That's good. [OV] *Good for them, good for them.*

Armen: Yeah-yeah-yeah. Are you sick bro?

AK: No bro. I drank a lot yesterday. I am not well today, I am in bed, Armen jan.

Armen: Enjoy it bro.

AK: Yeah-yeah. So it went good?

Armen: Yeah.

AK: You are going on Tuesday?

Armen: Yeah I am going on Tuesday. Tat is arriv- the day after tomorrow. He is

DRAFT

Case : 281H-NY-302568 Target #: Armen Kazarian Line ID: 818-355-2050 ATT

Date: 09/23/2010
Session #:6498

arriving on the 26th.

AK: He is arriving on the 25th. He called me.

Armen: Yeah? He is supposed to call me, too, so I can go pick him up. The 25th is a Sunday right? Or Saturday?

AK: The 25th is a Saturday, Sunday is the 26th.

Armen: Yeah. Well then I will call Yerevan and find out what is what then [IA] talk.

AK: Uh-huh.

Armen: Well when he arrives, we will call and meet bro.

AK: For sure, for sure, find out what's what and... let him arrive. Call, we will see, [OV] we will meet.

Armen: Fine-fine [UI].

AK: So you want to get away easy huh? No party favors and stuff? Shouldn't we sit down and... [OV].

Armen: [OV] Well you see, that is what I am saying. [Laughs]

AK: Yeah-yeah. What's important is that the kids are lucky... .

[END OF CALL]

DRAFT