**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 09/14/2010

Case: 281H-NY-302568 Target: Armen Kazarian Line ID: 818-355-2050 ATT

Session #: 5441

Start Time: 17:22:53 EDT

End Time: 17:41:16 EDT

Direction: Incoming

Associate #: 905378554511

Monitor: [redacted]

Transcribed By: ArmTranslator113

**Participants**:

| | |
|---|---|
| Armen Kazarian | AK |
| Gev LNU | Gev |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: Armen Kazarian

Line ID: 818-355-2050
ATT

Date: 09/14/2010
Session #:5441

DRAFT

Case : 281H-NY-302568 Target #: Armen Kazarian Line ID: 818-355-2050 ATT

Date: 09/14/2010
Session #:5441

**TRANSLATION**

[Minimized]

[Spot check]

[Beginning of transcript 17:25:23]

Gev: Who is Ashot, bro?

AK: Ah I said Ashot? I mean Samo, Samo. Not Ashot, Samo.

Gev: Yeah he called, bro.

AK: Yeah?

Gev: He called and said, "I [OV] spoke to Armen. We should call, we... Gev and I will... together later."

AK: [OV] Yeah. Yeah.

Gev: That's that. That is why I called [OV, UI] yesterday to see what we could do, my friend.

AK: [OV, UI] Gev jan, they are too... [OV] they are a little too... you know.

Gev: [OV] My brother.

AK: Yeah. They... [OV]

Gev: [OV] Yeah, they took it. They took it and did it, my friend.

AK: Yeah.

Gev: Now what they said... Now it is a little different. S/he did... from there the other day. I said, "Bro, they are decent guys. They are not such guys. They have the same lifestyle as we do. As for the other side, yeah they are close to you too. I don't even know them. [OV] You says that they are close to you. No problem. But those guys are decent guys too. I don't know those. I don't them that well."

AK: [OV] Yeah. Well yeah,...

Gev: You know my friend, I spoke to Hasan.

DRAFT

Case : 281H-NY-302568 | Target #: Armen Kazarian | Line ID: 818-355-2050 ATT
Date: 09/14/2010
Session #:5441

AK: Yeah-yeah. They are decent guys. They are decent guys. They really are decent guys. Besides that, my brother, they went in *boldly* there. I didn't even know. They... "bitch, bitch" while beating him up. He says, "Bro, I am not that kind of a motherfucking person so they can say such...."

Gev: I tell him this now. He says, "Bro we didn't say 'bitch' like, 'you are a bitch, you bitch' this and that." *Anyway*, it is a thousand different things, my friend. It is just that it got to a point that they should go and say, "A thousand apologies, my friend, forgive me" and...

AK: I did so... I did so he can... I said if it is that kind of a situation, then I... definitely, I said, let it stay like that until I come there. I will come there... Gev jan I will go there, I will get them together. I know something will work out. When they tell me this-this-this and that, I tell them, man, it's ok... I say it's ok and stuff. He says, "Armen jan, but please listen, this is how it happened, that is how it happened." I said, "Fine if that's how it is, 'this is how it happened, that is how it happened', then I will come and then that matter will be resolved." ..., "Fine."

DRAFT

Gev: My friend, it shouldn't be left like that, brother. If we... and it is done like that, then when you go it will be even better. [OV] You will go, call both of them over. You will discuss it in your way, you will tell them your way.

AK: [OV] Yeah. Hmm.

Gev: It won't even be nice now, my friend. Something has been done there. They think, the whole world knows, you know. Bro, if we leave it like that, s/he will say, "I said... and... what is this...?" Well, you should understand now what the situation is.

AK: Well now we will do something, friend. What can I say, bro. Let me figure out

what s/he says. It is just so...

Gev: Well, they are like... I did.... They... like, you... with your... , "Please speak to Armen, bro."

AK: Hmm.

Gev: I said, "Yeah we will speak. Armen is my brother. [OV] That we will discuss. There is no question about that."

AK: [OV] Well he knows that too. He knows that you..., we are brothers. Tha-that he knows *a 100%*.

Gev: I said, "Besides the fact that we are thieves... that aside [OV], we are brothers. [OV] There is no question about that."

AK: [OV] Yeah, yeah.

Gev: I know that too, my friend. You know that too. Now, that's how it is. Now that s/he called from there and stuff, you must understand and figure it out now what I am saying. [OV] I am not saying it *straight* over the phone.

AK: [OV] Yeah. Yeah. Yeah.

Gev: S/he will think we couldn't or I don't know what. We are delaying it now, or it is about him/her. I don't know, s/he might think a thousand different things. We didn't want to do it... I don't know. You should know better about the situations that we had, what happened. You know, that kind of stuff, my friend. I don't wan't him to think we don't...."

AK: Well yeah, [UI] I can... if [UI] works out, I will speak to him too. I will tell him, this and that. I will speak to him too. We will figure out what it is. At the end, we will... normally. We must make them make up. *It is just that*, you know what it is... s/he says, "Bro, it is like... they... like... the people... you know." [IA]

DRAFT

Gev: My friend, look, they did... They are guilty too. They did it. They took... there, like that... They took the loser there... they beat the life out him, the had to do an operation on his head and stuff.

AK: Yeah.

Gev: They beat the life out of him like that when they took him there.

AK: [UI]

Gev: Now, we shouldn't do it like... if something happens, only they... got beat up... they beat up. Now they did it too... now they will come and say, "Bro a thousand apologies. Let it finish and get done, my friend."

AK: Then, I will... one more time... [UI]

Gev: Let us not delay it.

AK: Yeah-yeah-yeah Gev jan. No, I swear on my children. If you... I know... it is... for you. If you want it that much, you must know I... on my children... *It is just that* when they speak from there and they say this-this-this-that is how it is. I will say this again [UI], you know what it is.

Gev: Yeah-yeah they told me too, my friend. I have nothing to hide from you. I said, well yeah. They said from the beginning that you were aware.

AK: Yeah.

Gev: They said, "We are going to call Armen now." I said, yeah call him. And then about that child situation and stuff... you know.

AK: Yeah-yeah.

Gev: They didn't do anything then. I said, "If that's how it is, then... yeah if they did it, you do something too, afterwards something will be done." They did... they raised a havoc, "Gevor gave *an ok* to beat you up." *That's it* Gevor is not going to... you.

DRAFT

Case : 281H-NY-302568 Target #: Armen Kazarian Line ID: 818-355-2050; ATT

Date: 09/14/2010
Session #:5441

That's the kind of havoc they raised.

AK: Really? Well, ok *anyway*...

Gev: You understand what I am saying, right?

AK: Yeah-yeah. You are going to Yerevan, tomorrow?

Gev: Yeah, my friend.

AK: *That's it.* I will talk to... tomorrow. I will get in touch with Hasan, talk to him, and I will get in touch with you.

Gev: [OV] Yeah, my friend, let's do something, let them make up so we are done with this, my brother.

AK: [OV] Yeah, yeah, yeah, Gev jan. We will talk and do something, my friend.

Gev: Well, you talk to Hasan, let's do something and get done with it, my friend.

AK: Yeah, ok, ok.

[End of transcript 17:31:26]

DRAFT