**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 09/18/2010

Case: 281H-NY-302568 Target: Armen Kazarian Line ID: 818-355-2050 ATT

Session #: 5926

Start Time: 15:58:45 EDT

End Time: 16:09:04 EDT

Direction: Outgoing

Associate #: 8186277777

Monitor: [redacted]

Transcribed By: ArmTranslator113

**Participants**:

| | |
|---|---|
| Armen Kazarian | AK |
| Hakob LNU | Hak |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: Armen Kazarian

Line ID: 818-355-2050
ATT

Date: 09/18/2010
Session #:5926

DRAFT

Case : 281H-NY-302568

Target #: Armen Kazarian

Line ID: 818-355-2050
ATT

Date: 09/18/2010
Session #:5926

**TRANSLATION**

[Beginning of transcript 16:04:13]

Hak: If he accidentally, when we get together, lies to you, bro--

AK: Yeah.

Hak: –I will hit him in the face in your presence, because the person who lies to a thief is a bitch.

AK: Man, what are you crazy? How... what... First, how would you hit him in my presence? And second... Second, if I wanted to hit him, [OV] I would hit him.

Hak: [OV] But why not. If he lies to you and [OV, UI]--

AK: --[OV] I will hit him. *What business is it* of yours?

Hak: Well then you hit him first, then we will.

AK: No [chuckles]. If I hit him, why would you hit him afterwards? Hak jan, I swear on my children, I was not aware that you... that you were aware *at all* or if [OV, UI].

Hak: [OV] Noone mentioned your name there.

[End of transcript 16:04:46]

DRAFT