**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 07/20/2010

Case: 281H-NY-302568 Target: 818-404-5353 Line ID: 818-404-5353 ATT

Session #: 4123

Start Time: 20:09:12 EDT

End Time: 20:10:40 EDT

Direction: Incoming

Associate #: 2133812288

Monitor: [redacted]

Transcribed By: ArmTranslator113

DRAFT

**Participants**:

| | | |
|---|---|---|
| Armen KAZARIAN | (aka Qerop) | AK |
| Aleksandr AVETISYAN | (aka Lyosh) | AV |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-404-5353

Line ID: 818-404-5353
ATT

Date: 07/20/2010
Session #:4123

DRAFT

Case : 281H-NY-302568 Target #: 818-404-5353 Line ID: 818-404-5353 ATT

Date: 07/20/2010
Session #:4123

**TRANSLATION**

AA: Hello. Hello.

AK: It's me, Lyosh.

AA: Yeah, bro.

AK: Listen, that... find that son of a bitch, Alik that prick. His mother can blow me. That son of a bitch got on my last nerve. He called me drunk, "Qerop jan..."

AA: His mother can blow me.

AK: I *hang up*, he calls. I say, "Dude, you can blow me, hang up dude." I *hang up*, he calls back. I say again, "Dude, fu-[OV] your mother."

AA: [OV] The balls on that dirty douchebag.

AK: I am saying, "Your mother can blow me, son of a bitch, dude don't call me." I *hang up*, he calls again, that mother fucker. My nerves... he was g-[OV] on my nerves all night.

AA: [OV] I don't have his number. I will call that Gago and tell him, "*just* tell that douchebag, that son of a bitch, dude...[OV]"

AK: [OV] No, no, no. Tell him to come, no, he can blow me, I am going to kick his ass. Tell Gago, too. Say, "If any of you comes with him, you can all blow me."

AA: Ok, my brother. [OV] He can eat my spunk.

AK: [OV] If they come... suddenly-

AA: *Perfect* I'll fuck him up the ass, too, that son of a bitch.

AK: Uh-huh.

AA: He's gone too far.

AK: Now, tell him, say, "Armen is gonna' have him blow.... Noone better come with him. If... comes, it will be fucked up. It is not like they'll come... sweet talk and stuff." His mother can blow me.

DRAFT

Case : 281H-NY-302568 | Target #: 818-404-5353 | Line ID: 818-404-5353 ATT

Date: 07/20/2010
Session #:4123

25 AA: I will call now and call you back, bro. Let me find that faggot.

26 AK: Yeah. [OV] *Fine.*

27 AA: [OV] Yeah, I'll call when I [IA].

DRAFT