**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 09/17/2010

Case: 281H-NY-302568 Target: Armen Kazarian Line ID: 818-355-2050 ATT

Session #: 5817

Start Time: 12:47:45 EDT

End Time: 12:48:38 EDT

Direction: Incoming

Associate #: 3366670178

Monitor: [redacted]

Transcribed By: ArmTranslator113

DRAFT

**Participants**:

| | |
|---|---|
| Armen KAZARIAN | AK |
| Sashko LNU | Sash |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: Armen Kazarian

Line ID: 818-355-2050
ATT

Date: 09/17/2010
Session #:5817

DRAFT

Case : 281H-NY-302568    Target #: Armen Kazarian    Line ID: 818-355-2050 ATT

Date: 09/17/2010
Session #:5817

**TRANSLATION**

AK: *Yeah.*

Sash: Arm jan, good morning dear.

AK: Who is this?

Sash: Are you sleeping. It is Sashko, my brother.

AK: Man, go away, eat my spunk, man, suck my dick.

Sash: Why dear Pz, dearest.

AK: Man go away, you should suck my dick. What do you mean "why", man? Fuck your whore mouth. What do you mean "why"?

Sash: My darling, Pz jan, my business was so bad. I had 7 trials. [OV] They closed and left - -

DRAFT

AK: [OV] Man, go away, you should *just* suck my dick. I [UI, OV]...

Sash: - - [OV] I called later. Karen was in Apkhasia, dearest.

AK: I have said... that you should suck my dick. You are that person. *That's it, get off,* don't call me anymore, *get off.*

Sash: Pz jan, [UI].

[END OF CALL]