**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 09/30/2010

Case: 281H-NY-302568 Target: Armen Kazarian Line ID: 818-355-2050 ATT

Session #: 7070

Start Time: 13:47:47 EDT

End Time: 13:50:48 EDT

Direction: Incoming

Associate #: 374-93-790009

Monitor: [redacted]

Transcribed By: ArmTranslator113

DRAFT

**Participants**:

| | |
|---|---|
| Armen KAZARIAN | AK |
| Davo LNU | Davo |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: Armen Kazarian

Line ID: 818-355-2050
ATT

Date: 09/30/2010
Session #:7070

DRAFT

Case : 281H-NY-302568 Target #: Armen Kazarian Line ID: 818-355-2050 ATT

Date: 09/30/2010
Session #:7070

## TRANSLATION

AK: *Yeah* Davo.

Davo: Yeah. Bro, this son of a bitch showed up without the car again.

AK: [OV, UI]

Davo: The son of a bitch took the car somewhere and hid it.

AK: But..., but man, you told me, "I took it, I have the car."

Davo: I said, they hit it, he was supposed to come to the repairman. They went and hit the car with a Niva and bent the door... the guys... so he would come to the repairman and we could pick him up there. He walked there, bro, he had figured out what was going on.

AK: Hmm.

Davo: The son of a bitch is really a smart-ass. But I really fucked him up. I cursed him out real well, I said, "I will fuck you up." Well [UI], I will see... his wife drives it too. I will get her out of it and take it. What can I do. Huh?

DRAFT

AK: Yeah-yeah. Take it Davo, take it. He is a [OV, IA] bitch. Tev... He had told Tevos's brother. And he called.

Davo: [OV, UI] Well he told me, "I told Tevos." I said I don't give a fuck if you said it. Fuck you. I said, "I don't give a fuck who you told." I said, go and say it again.

AK: Yeah-yeah-yeah. Say,....

Davo: ..., "Bro... stuff...". I said, "I don't give a fuck about Tevos-shmevos. My brother said you are a douchebag, then you are a douchebag. Where is your car?" He said, "Bro... stuff...". I said, "Go, fuck you. We will see about that later."

AK: Hmm.

Davo: Whatever we do, he comes without a car.

AK: ..., "I told Tevos [IA]". Fuck your mother. Like, what is Tevos to you... You insist

on Tevos like what... Tevos. Dickhead. Fuck your mother.

Davo: I told him. I said, "I don't give a fuck who you told, man. Fuck you. I said it exactly like that. I said, "[UI] I don't give a fuck *at all*."

AK: ..., "I told Tevos." Fuck your mother... That is why I am going to fuck your mother, not because you told Te-Tevos.

Davo: Yeah-yeah. Fine let me figure out what's what. The whore is at home these co-couple of days.

AK: Hmm.

Davo: Let some time pass, I will catch this guy with my car.

AK: Beating... he must get some beating. If not..., then he must get a real beating.

Davo: He got slapped a couple of times just now.

AK: Yeah-yeah. That is not enough, no that is not enough.

Davo: I will figure out what it is, and at the worst case really beat him up.

DRAFT

AK: Yeah-yeah.

Davo: Well we will talk then, dearest. Is the kid well?

AK: He is well, he is well, dearest. I will tell you later. There is some there that he... owes. I have to still tell you later.

Davo: Ok dear. You... my phone is *always* connected. Whatever you need [UI].

AK: *Ok.* Yeah I will call, I will call [OV]...

Davo: [OV] [UI] Cursing his mother and father *already*... s/he said, "Fuck your motherfucking mouth"... and stuff. They slapped him a couple of times. I said, go get your car. He said, "I don't have it. My wife is driving it." I fucked him up, my brother.

AK: Ok, it's ok, it's ok. Let it calm down for now. I will tell you.

Case : 281H-NY-302568 Target #: Armen Kazarian Line ID: 818-355-2050 ATT

Date: 09/30/2010
Session #:7070

49 Davo: Yeah. Ok, dearest, fine.

DRAFT