**Linesheet** User: [redacted]

| **Case:** | 281H-NY-302568 | **Target:** | 818-404-5353 | **Line:** | 818-404-5353 ATT | **File Number:** | 281H-NY-302568 |
|---|---|---|---|---|---|---|---|

**Session:** 4403
**Monitored By:** [redacted]
**In Digits:** 9177057070
**Date:** 07/25/2010 EDT
**Start Time:** 20:24:03 EDT
**Participants:** Avetisyan, Aleksandr
Stepanian, Vagan
**Classification:** Pertinent
**Complete:** Completed
**Duration:** 00:04:18
**Direction:** Incoming

## auto fill in transcript

1

Case : 281H-NY-302568 Target #: 818-404-5353 Line ID: 818-404-5353 ATT
Date: 07/25/2010
Session #:4403DRAFT
UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

JOINT TASK FORCE

Date: 07/25/2010

Case: 281H-NY-302568 Target: 818-404-5353 Line ID: 818-404-5353 ATT

Session #: 4403

Start Time: 20:24:03 EDT

End Time: 20:28:21 EDT

Direction: Incoming

Associate #: 9177057070

Monitor: [redacted]

Transcribed By: [redacted]

Participants:
Aleksandr Avetisyan AA
Vagan Stepanian VS

**Case:** 281H-NY-302568 **Target:** 818-404-5353 **Line:** 818-404-5353 ATT **File Number:** 281H-NY-302568

Languages:
Primary Armenian
Secondary Russian
English

Abbreviations:

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

TRANSLATION
AA: Yeah, Vahan jan.
VS: Hello, Alik jan.
AA: Hello, my brother, hello Vahan jan.
VS: How are you, my brother?
AA: Good bro. You?
VS: Ok, my brother. Very well, dear.
AA: Yeah.
VS: Here... we are here in the mountains, bro, we are immersed. [OV]
AA: [OV] Did you come down from the mountains, yeah?
VS: What de- What dear?
AA: Did you come down from the mountains, bro?
VS: No, no, we are still here, bro [laughs].
AA: Yeah [laughs]?
VS: Bro, we are here, bro.
AA: And then you say, "... here". You see, how your little brother takes you... [OV] fresh air.
VS: [OV] You are my dearest, Al jan. You are my dearest, you are my dear brother.
AA: Your little brother takes you and treats you in the mountains and stuff.
VS: Yeah, yeah [laughs].
AA: Good for Robert.
VS: Motherfucker, bro. Just... just, Alik...
AA: If he doesn't take care of you, who else would he take care of, bro?
VS: My brother, my brother, are you listening?
AA: Yeah.
VS: Just- We just found out. That whore, that Varuj...
AA: Yeah.
VS: Bro, he bought a yacht, bro.
AA: Come on, man.
VS: ... on my father's grave, Alik. Bro, man, I fell down from the chair when I found out.
AA: Come on, man, what are you saying, Vahan? [OV, UI]
VS: [OV] Motherfucker, man. Pzo... Tell Pzo, tell Pzo. [Laughs]
AA: [OV] But how can I... not... this...
VS: [OV] Huh? I will fuck his douchebag mouth, bro. Can you imagine?
AA: [OV] How... bought a yacht?
VS: Robo called, Robo called. Alik... [OV] Alik.
AA: [OV] I will call now. I... I will call that Varuj now.
VS: No, no. Pzo called Varuj...uh uh, Robo called Varuj, Alik.
AA: Yeah.
VS: He says, "Bro, are they telling the truth that you bought a yacht?" ... "Well bro, there... we are going take it around from here to there..." He started putting on an act, justifying. Like this... But the douchebag bought it, bro. He bought it 100%.
AA: He will say, "I took it for work, to take it around, take people around [UI]."
VS: No, there... what work here in New York, Alik jan, dear? I will cum on his faggot head, bro!
AA: Who is he going to take around, right?
VS: Yeah, my brother, yeah.
AA: What the hell. He is crazy... this guy, man.
VS: Yeah, bro. Man, bro, he has one million money in his hands, Alik jan. Motherfucker, he has one million money.
AA: Come one, man.
VS: ... on my father's grave, bro. That... They caught that douchebag. You know right? That Russian guy... [OV] They caught

**Linesheet**

User: [redacted]

| **Case:** | 281H-NY-302568 | **Target:** | 818-404-5353 | **Line:** | 818-404-5353 ATT | **File Number:** | 281H-NY-302568 |
|---|---|---|---|---|---|---|---|

that pig, that Pasha.
AA: [OV, UI] he is with him, right... I got it... with this... he did business... He didn't want to see me at all, bro?

VS: 100%, bro. He... not at all. He, didn't even want to... He... naively... When you said, "Bro, he is here", he shit in his pants. He had just called to check in, like "Here, bro, see I called, I came... not."
AA: Yeah, bro, he, but he wanted to see Armen. He didn't have a choice not to see him. You understand?
VS: Yeah, yeah.
AA: He didn't have a choice because how [IA], bro.
VS: Yeah.
AA: But he lucked out because he was out of town.
VS: Yeah.
AA: He blew him off... "I am out of town." So I said, he said in advance that he was leaving at 6:00 in the morning. You understand? [OV] It wasn't like he heard that he was here and he blew...off.
VS: [OV] Yeah, yeah. Yeah, bro. Yeah. He didn't tell people...
AA: [OV, UI] that I would doubt him and say that he is lying, bro.... like he is not supposed to leave at 6:00, that he was supposed to leave at 8:00. Yeah, when he asked I said, "Yeah bro, he was supposed to leave at 6:00." But bro, ... [IA] 1:30 o'clock. I call... [IA] tell the man...said, "it doesn't go through... [IA] it is not like I am running away. I want to go see... [OV] I want to go see him." I called and he said, "Yeah, bro. He is telling the truth. I wasn't in town, my phone was not connecting." No [IA]...said, "charger..." How bro. He has that much money?
VS: [OV, UI] Yeah, yeah. Yeah Alik jan, stuff like that, my brother. I am shocked since yesterday, bro. Hello, hello.
AA: [IA]
VS: I can't hear you, Alik jan. What dear? [OV] I can't hear you, bro.
AA: [OV, IA] bro. I can't hear you, Vahan jan. ... just in one minute.
VS: Alik jan, I... it is because of the mountains, Alik. It is because of the mountains, bro.
AA: Yeah, yeah, it is because of the mountains. What else?
VS: I can't hear you, bro.
AA: Vahan jan, I will call you bro.
VS: Ok, ok Alik jan. Ok, my brother. Ok. I can't hear you, my brother. Yeah, yeah, yeah. Say hello to the guys, say hello.
AA: Yeah, yeah, yeah.

## Synopsis

IC from VS 917-705-7070

VS says VS [and others] are still in the mountains. AA says VS's little brother Robert is taking care of VS real well, "good for him."

VS just found out that whore Varuj bought a yacht. VS asks AA to tell Pzo [Armen KAZARIAN] about this. AA says AA is going to call Varuj now. VS tells AA that Pzo called Varuj and asked him about his yacht purchase. Varuj told Pzo some kind of a story about it, taking it around. AA says Varuj said something about taking the yacht for business. VS says no, what business can Varuj have in New York. VS says Varuj has 1 million money.

VS mentions that they caught that douchebag, the Russian guy, that bitch Pasha. AA is upset that... didn't want to approach AA. VS says [Varuj] must have shit in his pants when AA told him that [Pzo] is here. VS says [Varuj] had just called to show as if he wanted to check in. AA says [Varuj] had not choice in that he would see Armen [Pzo], but he lucked out because he went out of town. [Varuj] had told AA that he was leaving town beforehand, he told him that he was leaving at 6:00, so it is not like he lied to AA.

Call gets interrupted. AA and VS cannot hear each other. VS says it is because he is in the mountains. AA says he will call. VS asks AA to say hello to the guys.

[redacted]

## Comments

[redacted]