| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Session:** | 4406 | **Date:** | 07/25/2010 EDT | **Classification:** | Pertinent | **Duration:** | 00:01:49 |
| **Monitored By:** | | **Start Time:** | 22:16:26 EDT | **Complete:** | Completed | **Direction:** | Outgoing |
| **Out Digits:** | 8183552050 | **Participants:** | Avetisyan, Aleksandr<br>Kazarian, Armen | | | | |

| **Case:** | 281H-NY-302568 | **Target:** | 818-404-5353 | **Line:** | 818-404-5353 ATT | **File Number:** | 281H-NY-302568 |
|---|---|---|---|---|---|---|---|

## auto fill in transcript

1

Case : 281H-NY-302568 Target #: 818-404-5353 Line ID: 818-404-5353 ATT
Date: 07/25/2010
Session #:4406DRAFT
UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

JOINT TASK FORCE

Date: 07/25/2010

Case: 281H-NY-302568 Target: 818-404-5353 Line ID: 818-404-5353 ATT

Session #: 4406

Start Time: 22:16:26 EDT

End Time: 22:18:15 EDT

Direction: Outgoing

Associate #: 8183552050

Monitor: [redacted]

Transcribed By: [redacted]

Participants:
Armen Kazarian AK
Aleksandr Avetisyan AA

Languages:
Primary Armenian
Secondary Russian

**Linesheet**

User: [redacted]

**Case:** 281H-NY-302568 **Target:** 818-404-5353 **Line:** 818-404-5353 ATT **File Number:** 281H-NY-302568

Abbreviations:

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

TRANSLATION
AK: Hello.
AA: Hello, bro.
AK: Huh?
AA: I said hello bro.
AK: Hello, hello. Lyosh?
AA: Yeah. How are you, bro?
AK: Yeah, good, bro. How are you?
AA: Good, good, my brother. What's up?
AK: Ok. What's up with you? Is it ok?
AA: Yeah, yeah, it is ok, everything is alright.
AK: Yeah, everything is alright?
AA: Yeah, yeah. Vah... our Vahan called today.
AK: Yeah.
AA: He says Varuj bought a yacht, bro.
AK: What?
AA: He says, Varuj bought a yacht, Varuj did.
AK: Varuj did what?
AA: Varuj, Varuj...
AK: Yeah.
AA: ... says... bought a yacht.
AK: Who says so?
AA: Vahan, bro. Varuj from New York.
AK: Yeah, we should go and...
AA: That is what I am saying. He says "Bro, like, that much... when he says he is desperate so much, it is not such a desperate situation."
AK: Yeah, so let him take it out of his hands.
AA: He says, he bought a yacht, bro. He says, "... called and made him talk... we spoke with him." ..., "Bro, I bought it for work and stuff," stuff like that. He says, "What work would he buy it for here?" Yeah. [IA]
AK: Lyosh, your voice is breaking up. I will get out and call you.
AA: Ok, yeah. Ok, fine.

## Synopsis

OG to AK 818-355-2050

AA tells AK that "our Vahan" called today and said that Varuj from New York bought a yacht. AA says it must be that Varuj is not in such a miserable situation. AK says [VS] should take [the yacht] out of Varuj's hands. AA says VS spoke to Varuj and he told VS that he got it for business. VS doesn't believe that there can be business for a [yacht] here [in New York]. AK says he will get out and call AA because his voice is breaking up here.

[redacted]

## Comments

[redacted]