[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Session:** | 6305 | **Date:** | 09/22/2010 EDT | **Classification:** | Pertinent | **Duration:** | 00:03:32 |
| **Monitored By:** | [redacted] | **Start Time:** | 19:57:07 EDT | **Complete:** | Completed | **Direction:** | Incoming |
| **In Digits:** | 2134009996 | **Participants:** | Kazarian, Armen<br>Papyan aka Mukuch, Mkrtich | | | | |

## auto fill in transcript

1

Case : 281H-NY-302568 Target #: Armen Kazarian Line ID: 818-355-2050 ATT
Date: 09/22/2010
Session #:6305DRAFT
UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

JOINT TASK FORCE

Date: 09/22/2010

Case: 281H-NY-302568 Target: Armen Kazarian Line ID: 818-355-2050 ATT

Session #: 6305

Start Time: 19:57:07 EDT

End Time: 20:00:39 EDT

Direction: Incoming

Associate #: 2134009996

Monitor: [redacted]

**Linesheet**

User: [redacted]

| **Case:** | 281H-NY-302568 | **Target:** | Armen Kazarian | **Line:** | 818-355-2050 ATT | **File Number:** | 281H-NY-302568 |
|---|---|---|---|---|---|---|---|

Transcribed By: [redacted]

Participants:
Armen Kazarian AK
Mkrtich Papyan MP
Unidentified Male UM

Languages:
Primary Armenian
Secondary Russian

Abbreviations:

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

TRANSLATION
UM: Mukuch.
MP: Yeah Armen jan. Good day.
UM: One mi- - Hold on, one minute. One minute.
AK: [Background] Who is it?
UM: [Aside] It is Mukuch.
AK: Hello.
MP: Hello.
AK: Huh.
MP: Yeah Armen jan. How are you?
AK: Fine, ok.
MP: Armen jan, please forgive me. I am sorry, dearest. I... you know... didn't think that I might...
AK: Man, listen you thick-headed. I will tell you a couple of things when you come here.
MP: Fine dearest.
AK: You will call in a few hours, around 8:00, 8:30. You will come, I will tell you then.
MP: Alone, right?
AK: Yeah.
MP: Fine.
AK: Mukuch.
MP: Yeah.
AK: Where are you now?
MP: Just now... Gevor came from Vegas. I was with him. I was with Vegas Gevor. I finished.
AK: Yeah, so where are you?
MP: Listen, something... I have to say something ok?
AK: Tell me.
MP: You remember that thing, that... I don't know if it is a favor or a disfavor. You remember when my father-in-law did... You remember? I did one... Should I keep it or should I throw it away?
AK: I don't get it. What did your father-in-law do?
MP: That... you remember... the matter with the ball...
AK: Yeah.
MP: Should I throw it away?
AK: What?
MP: Bro, I did some-something small for you. I was thinking whether I should throw it away or keep it.
AK: No, let it stay.
MP: Yeah?
AK: Yeah where?
MP: I will take it there and keep it because [OV] I don't want to keep it on me.
AK: [OV] Yeah. Yeah.
MP: You tell me. You were saying something. I am sorry I interrupted you.

**Linesheet** User: Jeffrey S. Koch

**Case:** 281H-NY-302568 **Target:** Armen Kazarian **Line:** 818-355-2050 ATT **File Number:** 281H-NY-302568

AK: Where are you now? [Aside] Go bro, you go for a massage.
MP: At the moment I am in front of Momotaro [PH], [OV] on Glenoaks and Providence [PH]...
AK: [OV] One minute, one minute. [Aside] [UI] It is a Chinese massage, with feet, bro. [To MP] Yeah, where are you now?
MP: Glenoaks and Providence, I left the Sushi bar.
AK: So when will you leave from there?
MP: I finished.
AK: Hmm... Call our Arman.
MP: Yeah.
AK: Find out where Arman is. Let him bring the Phantom keys.
MP: Yeah.
AK: You will call me. I will tell Diush to give all my clothes. Come to the sauna by the Phantom. I will... the Mercedes. Tsit and others are here. You will go with Tsit in the Mercedes and stuff, my Geep, by [OV, UI].
MP: [OV] When should I come?
AK: Huh?
MP: When should I come?
AK: What time is it now?
MP: It is exactly 5:00.
AK: Be here at 7:00.
MP: So I call Arman. Arman brings the keys [OV] to the building.
AK: [OV] Yeah, if you can, get it washed. Find time to... If you can, wash it.
MP: No you know what I wanted to- - I wanted to take Afo with me.
AK: Why?
MP: I don't know. I have never driven the Phantom ever.
AK: Fine, if you have never driven the Phantom, ... Arman... take it there and get it washed now. Let... tell Arman to call me wherever he is. Let him get it washed. Let Arman get it washed at least.
MP: Should I tell Arman to call you now?
AK: Yeah-yeah. Ok.
MP: I don't want to... yet. I will not drive it until you have been next to me once, Arm jan.
AK: Ok-ok.
MP: Fine, yeah.
[END OF CALL]

## Synopsis

IC from Mukuch 213-400-9996
See Transcript.
Mukuch asks AK about the "ball" [possibly a bullet] and something [possibly a gun] that Mukuch doesn't want to keep on him. He asks whether or not he should throw it away. Mukuch mentions that this is connected with a favor and Mukuch's father-in-law. AK instructs to keep it.
[redacted][ please see session 3296, about Luso' father {MP's father-in-law} being beaten up ]

## Comments

[redacted]