**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 09/22/2010

Case: 281H-NY-302568 Target: Armen Kazarian Line ID: 818-355-2050 ATT

Session #: 6269

Start Time: 17:58:07 EDT

End Time: 17:58:55 EDT

Direction: Incoming

Associate #: 37498990330

Monitor: [redacted]

Transcribed By: ArmTranslator113

**Participants**:

| | |
|---|---|
| Armen Kazarian | AK |
| Davo LNU | Davo |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: Armen Kazarian

Line ID: 818-355-2050
ATT

Date: 09/22/2010
Session #:6269

DRAFT

Case : 281H-NY-302568
Date: 09/22/2010
Session #:6269

Target #: Armen Kazarian

Line ID: 818-355-2050
ATT

**TRANSLATION**

AK: Hello.

Davo: Dearest.

AK: Yeah.

Davo: Hello.

AK: Yeah.

Davo: I found out who it is.

AK: Yeah.

Davo: What I am saying is I know who it is now. If something is needed, call me tomorrow and tell me.

AK: What do you mean "if something is needed"... do something, take the car out of his hands and call me.

Davo: I should take the car out of his hands?

AK: Yeah.

Davo: Ok. Fine, I will take it and call you tomorrow.

AK: Yeah.

Davo: [OV] Fine bro.

AK: [OV] Take him/her and say, "faggot." Tell him to call the person s/he is supposed to call.

Davo: Fine dearest.

AK: *Ok.*

Davo: Yeah.

[END OF CALL]

DRAFT