**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 08/23/2010

Case: 281H-NY-302568 Target: 818-404-5353 Line ID: 818-404-5353 ATT

Session #: 5991

Start Time: 15:13:42 EDT

End Time: 15:15:02 EDT

Direction: Outgoing

Associate #: 8184026677

Monitor: ArmTranslator113

Transcribed By: [redacted]

DRAFT

| | | |
|---|---|---|
| **Participants:** | Alekandr Avetisyan | AA |
| | Artyom | Artyom |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| Secondary | English |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-404-5353

Line ID: 818-404-5353
ATT

Date: 08/23/2010
Session #:5991

DRAFT

Case : 281H-NY-302568 | Target #: 818-404-5353 | Line ID: 818-404-5353 ATT

Date: 08/23/2010
Session #:5991

**TRANSLATION**

[RC: ... and will soon expire. Please refill your account]

Artyom: [Ringing] [Aside] [UI] Thanks.... Sorry guys.... Uh-huh.
[To AA] Hello brother.

AA: Good evenin' dear. How are you bro [OV]?

Artyom: [UI] insurance. Nothin' bro. What's up?

AA: Nothin'. There is nothing. Artyom, that... bro can you ask there to send like 1,700 bucks, if I give you a phone number? Sako [PH] or whoever will come and take the money from me.

Artyom: A-ha. Where to send it bro?

AA: Yerevan, bro. A friend of ours is in jail. There is a need to send money

Artyom: Yeah. [OV] [UI]

AA: Yeah.[OV]

Artyom: [OV] It needs to be sent to Yerevan, yeah. [OV] Do you know the address?

AA: [OV] Yerevan yeah. Yeah.... I will give the phone number and the name...of the wife... It has to be send to their house, he is in jail.

Artyom: Ok. I will tell the ... to call...

AA: Yeah-yeah 1,700 - -

Artyom: There is a [UI].

AA: Yeah. 1,700 bucks [beep] bro.

Artyom: Ok brother.

AA: Ok, yeah. Ok.

Artyom: Ok.

AA: And tell that... Sako or... to pick up whenever it is convenient....

[END OF CALL]

DRAFT