**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 07/06/2010

Case: 281H-NY-302568 Target: 818-404-5353 Line ID: 818-404-5353 ATT

Session #: 3154

Start Time: 20:14:09 EDT

End Time: 20:15:59 EDT

Direction: Outgoing

Associate #: 3232460010

Monitor: ArmTranslator113

Transcribed By: [redacted]

DRAFT

**Participants**: ALEKSANDR AVETISYAN

ARMEN GRIGORIAN

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | English |
| *Tertiary* | Russian |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-404-5353

Line ID: 818-404-5353
ATT

Date: 07/06/2010
Session #:3154

*DRAFT*

Case : 281H-NY-302568 | Target #: 818-404-5353 | Line ID: 818-404-5353 ATT

Date: 07/06/2010
Session #:3154

# TRANSLATION

[Ringing]

AA: [in the background] ... the dead shit!

[UF's voice in the background]

AA: [in the background]... he's a son of a whore!

AG: Hello.

AA: Dude, look, this son of a whore [IA] this prostitute's son!

AG: I can't hear you, brother. What happened?

AA: That Artyom, that son of a whore! [IA] godson.

AG: Yeah?

AA: He gave them a wrong--wrong address and they sent the *merchandise* to someone else, dude, brother!

[UF's voice in the background]: He gave a wrong address, [UI]...

AA: Anyway, that son of a whore gave them a wrong address, they delivered it to a wrong person. Now, there's a number. Call the *post-office* and tell them: "You prostitutes! How did you... this address... this... Who did you deliver this merchandise? How can we get it?" Or, I think we had uh... ? We had paid an extra money to... We had an insurance too, right?

AG: Uh... yeah, of course.

AA: Well, tell them: "Our merchandise is lost, dude!"

AG: ... But-

AA: They took it, and the son of a whore was an Armenian and he took it, dude! [OV] And it's written. Looks like it's some Artur that claimed it. He wrote "Artur". Of course, his name is not Artur obviously.

DRAFT

AG: Yeah but-

AA: I gave the address to that i-i-idiot ten times, mother-fucker! ... Out of aggravation... I'm going to kill you this one, dude!

AG: Mother-fucker, dude.

AA: Who the hell was this son of a whore that I happened to meet, dude?! Ah, how did I not beat him up the other day, dude?! ... Now how can we call and talk to these ones? What do we tell them?

[UF voice in the background]... [UI] name... [UI] *a number* ...

AA: Huh?

AG: That Armenian...uh... the UPS?

AA: Yeah.

AG: Brother, we can go there in person and talk to them.

AA: You are driving right now, right? You can't write it down.

DRAFT

AG: No, brother. I am driving. When I stop-

AA: OK, that's OK. Go to your place. OK. Let me see if I can call this son of a whore.

AG: Yeah, bro. Bro, I don't get it. Why-

[AA ends the call]

END OF CALL