**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 07/06/2010

Case: 281H-NY-302568 Target: 818-404-5353 Line ID: 818-404-5353 ATT

Session #: 3163

Start Time: 20:27:02 EDT

End Time: 20:30:09 EDT

Direction: Outgoing

Associate #: 8184141999

Monitor: ArmTranslator113

Transcribed By: [redacted],

**Participants**: ALEKSANDR AVETISYAN

ARMEN LNU

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | English |
| *Tertiary* | Russian |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568 Target #: 818-404-5353 Line ID: 818-404-5353 ATT

Date: 07/06/2010

Session #:3163

DRAFT

Case : 281H-NY-302568 Target #: 818-404-5353 Line ID: 818-404-5353 ATT

Date: 07/06/2010

Session #:3163

**TRANSLATION**

[Ringing]

A LNU: I'm coming.

AA: Well, I'm cal--calling and he's not picking up. [IA]

A LNU: I just [OV] I just spoke to him...

AA: Yeah.

A LNU: He said: "Dear Arm, don't... uh... Let me hand it over to you. You do at once ... I will be able to hand over that merchandise to you in two hours"

AA: "What is there to hand over?!", you tell him, dude! "Where is it at?" Tell him he can tell us the place, I'll go get it.

A LNU: Well, that's the thing. He was with his kid and his wife. He said: "Dear Armen, I'll get to home and get the merchandise and give it to you, you will hand it over..." Uh... I can do... as soon as he gets it to me, I can bring it over to your.

AA: Dude, tell him what [IA], dude? Did you wear it or sold it or *whatever*? I don't know what you did.

A LNU: I told him that. I said-

AA: You tell him: "You, son of a whore! If you really are a man, you wife and your kid [IA] *anyway*! I have done a business with you all of these years, you faggot! Why didn't you call and say there was a merchandise that came from the same place to my house, dude?! Why didn't you ask: "What merchandise is this?", dude!

A LNU: Yeah.

AA: I'll rip your *shitty* ass off of you, dude!

DRAFT

Case : 281H-NY-302568 Target #: 818-404-5353 Line ID: 818-404-5353 ATT

Date: 07/06/2010
Session #:3163

A LNU: *OK*, dear Alik-
AA: Tell him: "Right now [IA]...! Fuck your father's mouth!"
A LNU: Hum.
AA: Tell him: "Go right now and or--organize it, dude!"
A LNU: *OK*.
AA: I'm calling to this and this place to come and get it! [OV] [UI]
A LNU: He was just talking to me, maybe that's why, dear Alik. OK.
AA: Yeah, but I don't get it, dude! Who the hell is this one from the-the–the [UI] circle [IA], the *punks*!
A LNU: My dear, you have seen him. He's been at your business, dear Alik.
AA: So why doesn't tell you: "Bro, due [OV]-"
A LNU: Well, now I don't have the same connection with him, that's why-
AA: Bro, I don't care if you do or not, dude!
A LNU: Huh.
AA: It's an unknown merchandise that goes to his house. You–you've done business with him!
A LNU: Yeah.
AA: Why doesn't he call you and say: "Dude, bro, there's this merchandise that came from our place that always used to come.
A LNU: Yeah.
AA: ... Do you think you've done something without knowing and it came?"
A LNU: *OK.* I'll do-[OV]
AA: [OV] ...Or he was thinking he'd be doing in the middle? That... [UI] I'm going to stick it in his ass one by one, dude!

DRAFT

Case : 281H-NY-302568 Target #: 818-404-5353 Line ID: 818-404-5353 ATT

Date: 07/06/2010
Session #:3163

A LNU: Well, now I'm going to do... get the merchandise, dear Alik-

AA: Yeah, [UI] and tell him- [OV]

A LNU: [OV] And plus, I will call the other one, the other person...[OV]

AA: Bro, you–you–you go and get all the merchandise from this one...

A LNU: Yeah.

AA: You have the list what we've ordered, right?

A LNU: Yeah, my dear. Yeah.

AA: Yeah. Yeah, bro, take that, dear Armen. I feel bad for you. You–you are not... But you-

A LNU: My dear, you know that I want it to be good just as if it's mine. Whatever is needed, dear Alik. You know.

AA: No, they're using you, whoever that is. You tell him: "Dude, son of bitches like you, I put it in a meat grinder! You son of a whore! Your wife and your kid [IA], you dude! You-

A LNU: [OV] Well, I will-

AA: ... you [UI], dude!"

A LNU: Don't, dear Alik! I will now resolve those issues and come over at your place.

AA: OK, brother.

A LNU: OK, dear Alik.. I am sorry.

AA: U-huh.

A LNU: Yeah. *Bye*.

END OF CALL

DRAFT