**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 11/25/2009

Case: 281H-NY-302568 Target: 8189130201 Line ID: 818-913-0201 ATT

Session #: 5252

Start Time: 15:22:31 EST

End Time: 15:23:27 EST

Direction: Outgoing

Associate #: 8189131600

Monitor: ArmTranslator113

Transcribed By: ArmTranslator113

**Participants**:

| | |
|---|---|
| Davit Mirzoyan | DM |
| Anna TerMartirosyan | AT |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 8189130201

Line ID: 818-913-0201
ATT

Date: 11/25/2009
Session #:5252

DRAFT

Case : 281H-NY-302568 | Target #: 8189130201 | Line ID: 818-913-0201 ATT

Date: 11/25/2009
Session #:5252

**TRANSLATION**

AT: Yeah, Dav.

DM: An, how many square meters is our house in Yerevan?

AT: Which one?

DM: The house we are building in Yerevan.

AT: All together?

DM: Yeah, *total*.

AT: 800

DM: How many?

AT: 800

DM: 800?

AT: Yeah

DM: How many square meters is each floor?

AT: Each floor? Each floor is 200, no?

DM: [Addressing someone in the background] My house is 800 square meters *total*. Ok, sweetie.

AT: Yeah.

DM: Ok.

DRAFT