**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 03/25/2010

Case: 281H-NY-302568 Target: 818-913-0201 Line ID: 818-913-0201 ATT

Session #: 15438

Start Time: 17:59:33 EDT

End Time: 18:02:25 EDT

Direction: Outgoing

Associate #: 8189131600

Monitor: [redacted]

Transcribed By: [redacted]

DRAFT

**Participants**: DAVIT MIRZOYAN = DM

ANNA TERMARTIROSIAN = AT

ARTUR YEPISKOPOSYAN [in the background] =AY

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | English |
| *Tertiary* | Russian |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-913-0201

Line ID: 818-913-0201
ATT

Date: 03/25/2010
Session #:15438

DRAFT

Case : 281H-NY-302568
Date: 03/25/2010
Session #: 15438

Target #: 818-913-0201

Line ID: 818-913-0201
ATT

**TRANSLATION**

[Ringing]

AT: *Yeah*?

DM: What's going on, darling? What are you guys doing?

AT: Nothing. We want to get out.

DM: Huh?

AT: We want to get out.

DM: To where, darling?

AT: To Nata.

[Russian TV in the background]

DM: To their house?

AT: Uh-huh.

DM: ... So who are you going with?

AT: Huh?

DM: Who are you going with?

AT: With Gayan.

DM: With the baby, huh?

AT: [IA]

DM: ... *OK*. Today I got a *provider*.

AT: Oh, good!

DM: It's like a *yo-yo* [PH]. It's like [UI] here

AT: Huh?

DM: I'm saying it's like [UI] here.

AT: ... Hm... *And then*?

DRAFT

Case : 281H-NY-302568 | Target #: 818-913-0201 | Line ID: 818-913-0201 ATT

Date: 03/25/2010
Session #:15438

DM: *Nothing*. I don't know. Let's see if it will come out or not. Let see what happens.

[Pause]

AT: [OV] Is everything else OK?

DM: What's that, sweetie?

AT: Is everything else OK?

DM: What's everything else, sweetheart?

[Car ignition]

AT: ... So where are you going?

DM: I'm going... We have to send money to Yerevan for the café.

AT: Huh?

DM: I'm saying we have to send money to Yerevan for the café.

AT: ... Hm...

DM: The payment is due next week [PH] for six months.

DRAFT

AT: So why are you not opening the café anyways?

DM: We will open it on the 15th. We are waiting for the 1st of the month. If they don't buy it... If they don't buy it by the 1st of the month, we'll open it.

AT: They didn't buy it?

DM: If they don't buy it on the 1st of the month, if they don't want it... We will *then* keep it, then open and operate it.

AT: So you were selling it? Is there a buyer?

DM: Yeah, there is one, he's thinking until the 1st. He wants some time.

[Pause]

AT: For how much?

DM: I don't know. [Aside] How much do we say. Art [PH]?... Three hundred fifty?

[Resumes conversation with AT] Three hundred fifty. Whatever it cost us [PH].

[Aside] [UI] That's how much they bought it for, right?

[AY in the background]: We're not even considering our expenses.

DM: So *anyways*. Three hundred fifty.

AT: Hm... Weren't you asking seven hundred back then?

DM: What's that, sweetie?

AT: You were asking seven hundred back then, right?

DM: We were saying a lot of things. [Aside] She says: "Weren't you asking seven hundred back then?"... [Resumes conversation with AT] We are asking now too. If they give us seven hundred, we'll take it now. [Laughing]

AT: [Laughing].

DM: But who's going to pay that much?... [Sigh]... OK, sweetie.

AT: Yeah, OK.

DM: Give Vikul a kiss.

AT: *OK.*

DM: [Aside] They're going to your house.

[END OF CALL]

DRAFT