User: [redacted]

[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Session:** | 17124 | **Date:** | 04/23/2010 EDT | **Classification:** | Pertinent | **Duration:** | 00:01:48 |
| **Monitored By:** | [redacted] | **Start Time:** | 13:18:44 EDT | **Complete:** | Completed | **Direction:** | Outgoing |
| **Out Digits:** | 8189131600 | **Participants:** | Mirzoyan, Davit<br>Termartirosyan, Anna | | | | |

## auto fill in transcript

1

Case : 281H-NY-302568 Target #: 818-913-0201 Line ID: 818-913-0201 ATT
Date: 04/23/2010
Session #:17124DRAFT
UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

JOINT TASK FORCE

Date: 04/23/2010

Case: 281H-NY-302568 Target: 818-913-0201 Line ID: 818-913-0201 ATT

Session #: 17124

Start Time: 13:18:44 EDT

End Time: 13:20:32 EDT

Direction: Outgoing

Associate #: 8189131600

Monitor: [redacted]

Transcribed By: [redacted]

Participants:
Davit Mirzoyan DM
Anna TerMartirosyan AT

Languages:
Primary Armenian
Secondary Russian

Abbreviations:

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case:** | 281H-NY-302568 | **Target:** | 818-913-0201 | **Line:** | 818-913-0201 ATT | **File Number:** | 281H-NY-302568 |

TRANSLATION
DM: Nan.
AT: Yeah, Dav.
DM: From that bag on the bottom...
AT: Yeah.
DM: There... Open that bag for a moment. Are you upstairs or downstairs?
AT: Downstairs.
DM: Open that bag for a moment.
AT: Yeah... What do you want me to do?
DM: Do you see, there are four twenties there.
AT: Yeah.
DM: Separate two. Split the other one. Separate five thousand from there.
AT: Do what?
DM: Huh?
AT: What should I do, Dav?
DM: Separate five thousand, Nan.
AT: Meaning one case?
DM: No, not one case. I am saying there are twenties there.
AT: Yeah.
DM: You see the twenties?
AT: Yeah.
DM: How many are there?
AT: Four rubber bands in one rubber band.
DM: Yeah, that is right. Now open the four... separate them from each other.
AT: I separated them.
DM: Separate two. That is four thousand.
AT: Uh-huh.
DM: Count one thousand dollars from one and combine it all together.
AT: Oh, so make it five thousand?
DM: That is right. That is what I am saying. Samo will give you another twenty.
AT: Uh-huh.
DM: Pogos will come and take it, dear. Pogos might come now.
AT: [Sounds of counting money].
DM: Ok?
AT: Uh-huh.
DM: So long.
AT: Ok.

## Synopsis

OG from DM to AT

DM - from the bottom bag
AT - yeah
DM - open that bag. are you upstairs or downstairs?
AT - downstairs [SEARCH]. What should i do?
DM - you see there are four 20s there [possibly referring to stacks of $2,000]
AT - yeah
DM - separate two. Split another one. Separate 5,000 from there
AT - what should i do?
DM repeats and instructs.
AT - there are four rubber bands in one rubber band [possibly referring to four stacks of $2,000 banded together]
DM instructs how to separate those into 4,000 and add another 1,000
AT - make it 5,000
DM - that is right! Samo [SA] will give another 20. Pogos [PS] will come and pick it up.

[sounds of counting money in the background].

[redacted]