[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Session:** | 17126 | **Date:** | 04/23/2010 EDT | **Classification:** | Pertinent | **Duration:** | 00:01:19 |
| **Monitored By:** | [redacted] | **Start Time:** | 13:22:03 EDT | **Complete:** | Completed | **Direction:** | Outgoing |
| **Out Digits:** | 8184040555 | **Participants:** | Mirzoyan, Davit<br>Satamyan, Pogos | | | | |

## auto fill in transcript

1

Case : 281H-NY-302568 Target #: 818-913-0201 Line ID: 818-913-0201 ATT
Date: 04/23/2010
Session #:17126DRAFT
UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

JOINT TASK FORCE

Date: 04/23/2010

Case: 281H-NY-302568 Target: 818-913-0201 Line ID: 818-913-0201 ATT

Session #: 17126

Start Time: 13:22:03 EDT

End Time: 13:23:22 EDT

Direction: Outgoing

Associate #: 8184040555

Monitor: [redacted]

Transcribed By: [redacted]

Participants:
Davit Mirzoyan DM

**Case:** 281H-NY-302568 **Target:** 818-913-0201 **Line:** 818-913-0201 ATT **File Number:** 281H-NY-302568

Pogos Satamyan PS

Languages:
Primary Armenian
Secondary English
Russian

Abbreviations:

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

TRANSLATION
PS: Yeah, Dav jan, good morning.
DM: Good morning, dear. How are you, my brother?
PS: Good bro. How are you?
DM: Good, dear. I am at the... I am at this motherfucker's work place..., are you listening?
PS: Yeah, bro. Yeah.
DM: Yeah, dear. So I don't want to rely on that... that one, dear. ... at home for you,... I put 25,000 at home for you, dear. You can go get it.
PS: Yeah, Dav jan.
DM: I will get it from him/her later and put it back by me, dear.
PS: Yeah, please dear.
DM: Yeah, dear, no problem, bro. Whenever you need to, stop by the house and take it, dear.
PS: Yeah, bro. Also, Is Davo's paper also at the house so I can get it?
DM: [OV] Art... the...
PS: [OV] Davo's... I mean Artur's, sorry I am off.
DM: I will tell Artur, ... right... He will bring it down to the house right now, right now.
PS: Ok, bro.
DM: Approximately when you will be at the house, bro?
PS: Bro, now... I am leaving home now... hmm... Whenever is convenient.
DM: Dear, it is at home steadfast. Look, I will call right now so Artur gets the paper home and, like... that's it, there is nothing else there. It is just that I am in this mother fucking place, I can't take off from here.
PS: Yeah, bro.
DM: Ok, dear? We will chat, dear. Have nice journey in any case. [OV] Get there safe, dear. We will chat.
PS: [OV] Yeah, thanks dear. Yeah.
DM: ... have a number... Will you have a number with you, bro?
PS: Yeah, bro, it is the 21-60-60.
DM: Ok, dear. If there is suddenly anything else needed, call me and I will send it, friend.
PS: Yeah, Dav jan. Thanks, dear.
DM: Yeah, bro. Yeah.
PS: Yeah, bro.

## Synopsis

OG from DM to PS

DM - i am at this motherfucker's work place.

DM - there is 25,000 at home. go pick it up
PS - yeah Dav
DM - i will pick it up from him later and put it there

PS - Also, is Davo's paper, i mean Artur's paper there, too?
DM - i will tell him to take it there right now.

PS is leaving his house now and will be there whenever is convenient for DM. DM says anytime. PS number [in Armenia] will be

**Linesheet**

User: [redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case:** | 281H-NY-302568 | **Target:** | 818-913-0201 | **Line:** | 818-913-0201 ATT | **File Number:** | 281H-NY-302568 |

[374(code)]216060.

[redacted]

## Comments

[redacted]