| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Session:** | 20046 | **Date:** | 06/11/2010 EDT | **Classification:** | Pertinent | **Duration:** | 00:07:58 |
| **Monitored By:** | [redacted] | **Start Time:** | 19:10:11 EDT | **Complete:** | Completed | **Direction:** | Incoming |
| **In Digits:** | 7862227406 | **Participants:** | Mirzoyan, Davit<br>Mkhitaryan, Armen aka Ashot | | | | |

## Synopsis

IC from 786-222-7406 Ashot

DM - How are you?
ASHOT- OK, and you?
DM - Did you hear the latest story?

ASHOT - Yes
DM - What do you think? What could it be?
ASHOT - Are you asking about that moment?
DM - Yes
ASHOT - I don't know what can happen. I haven't spoken with him yet. He had said it to ROMA [UI]
DM - That's his moment. It doesn't affect our moment.
ASHOT - I don't want it to affect our moment
DM - I don't know what to say. It shouldn't affect
ASHOT- [UI] ... analyze it. [UI]
DM - [UI]
ASHOT - No, you are my brother, I can tell you [UI]
DM - They are not raising [UI]
ASHOT - He could say [UI], then say ... and complicate it [UI]
DM - I know. [UI]
ASHOT - [UI]
DM - I'll talk to him and see what he's thinking. There's no talking by phone. We'll see what he says, then we'll decide
ASHOT - [UI]
DM - [UI] ... that's his business. It has nothing to do with us.
ASHOT - There's no business, right? Don't you have business so we can can work with you? [jokingly]
DM - [Laughs]
ASHOT - Curses [UI]
DM - [UI]
AHSOT - [UI]
DM - [UI] ..... The job has to be done
ASHOT - [curses] We've waited this long [UI]
DM - [UI] by phone
ASHOT - What can they do? They can check. It's a normal thing. [UI] They don't have the time to check every little detail.
DM - I agree .... [UI]
ASHOT - ROMA says hi.
DM - We won't let this go by. The job has to be done. It has to be done.
ASHOT - [UI] .. so we can buy a house.
DM - [laughs]
ASHOT - [UI]
DM - It's a horrible situation [laughs]
ASHOT - That mother fucker!
DM - [...... UI....... ]
ASHOT - [UI]
DM - [UI]
ASHOT - [UI]
DM - [UI]
ASHOT - We'll talk

[redacted]
----------------
[redacted] - reviewed 6/12 See call 20035
DM asks if Ashot is aware of the latest matters and asks if Ashot knows what happened. Ashot says yes he is aware, but he doesn't know.
Ashot - i haven't spoken to him [UM /possibly Artur] yet. UM told Romo. He said "i am going to go see him" meaning see you [DM].
DM - yeah let him come and see me. It is about him, not about us.
Ashot - it is not worth for me to mention this "to the top" [possibly the bosses]
DM - it isn't worth it?
Ashot - no.
DM - i don't know...
Ashot tells DM that UM might go tell about this "to the top" because UM has the type of character that likes to make everything complicated and make things dependent on him. UM might even say "it is ok, it can happen..." but what it means is that he will complicate the situation...
Ashot - but they found the telephone by him
DM - i know, but it doesn't matter. He can say he manages. I don't see any problems there. I am just curious as to how this happened...
Ashot - i just wanted to keep you informed so you know
DM - i will meet him and find out what he thinks about all this. I told him this is not a phone conversation, we will meet and talk. I will see what he says and we will figure out based on that.

**Linesheet** User: Jeffrey S. Koch

| Case: | 281H-NY-302568 | Target: | 818-913-0201 | Line: | 818-913-0201 ATT | File Number: | 281H-NY-302568 |
|---|---|---|---|---|---|---|---|

Ashot - They [took him away] for a completely different reason, and just found it [the phone] in his car
DM - yeah he knows, they they [took him away] for a completely different reason. They did it for his business, [UI]. It doesn't matter. It has nothing to do with us. But in any case it is an unpleasant thing.
Ashot - Do you have any work... so we can come work for you [jokingly, they laugh]. It is a fucked up and sunk situation... There is nothing to do and nothing to move around.
DM - i don't know... it should not be left like that in any case. It is work and it has to be done, it doesn't matter. There is so much money that was put in...
Ashot - i am saying that too... we have waited, mother fucker... now it is time "to milk the cow and its nipple has cancer"!
DM - It is not just the phone... they took the phone and the check.
Ashot - what can they do? They will check and see that it is a normal thing... nothing has happened there [possibly meaning there have not been any transactions yet]. There are 100,000 like that... They [investigators] wouldn't have enough time to go and check every single one.
DM - yeah i agree with that. And they shouldn't! It is not like there has been a complaint from there and they have to go after that complaint. No it is an ok situation. But in any case, as they say "If you take care of yourself God will take care of you."
Ashot - that's that. Romo says hello. You say hello to ... Artur.. the guys
DM - you say hello, too. Yeah. [UI]. I will not let it go... i will do that business.
Ashot - 100%
DM - we got to the finish... we have been waiting one and a half years to do business... ! it has to be done!!!
Ashot - do something... so we can buy a house and stuff in Yerevan [Armenia]
DM - [laughs] so we have a place to go to, right [[redacted]]
Ashot - yeah.. let it happen... so we can breathe... the situation is horrible here...
DM - here too... it is the same
Ashot - you are all together there [in California]. We.... here...
DM - it is even more fucked up together here. You got to worry about others, not just you.
Ashot - We... here... alone, no [UI]... no
DM - there, at least you know you are among friends, it is a close [circle].
Ashot - mother fucker!
DM - i was so hopeful. There is no way i will let it go like this.
Ashot 100%
DM - let him go sit behind bars... Like what! Isn't it for a man... Let him go... Like they say "go sit [behind the bars] for 10 years and prove your innocence/justice"
Ashot - yeah
DM - we will support him. I went crazy when i found out, why is he wondering with these things in his pocket!!! Why is the check... the phone... yeah the phone is half the problem... it is needed... it is a number... nobody can say anything for that...
Ashot - what sucks is the paper that they found..
DM - that is what makes things complicated, because the phone... it is all... nothing has been [UI / possibly fixed] by that phone number
Ashot - [let him say], ... "[UI] the owner gave it so i can take care of his business... in case if there are bills so i can write it... electric bill and stuff."
DM - i know, yeah. They said yesterday... [UI] you never know what they think... I will meet him, talk to him and figure out what to expect
Ashot - ok Dav