**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 04/03/2010

Case: 281H-NY-302568 Target: 818-913-0201 Line ID: 818-913-0201 ATT

Session #: 16009

Start Time: 14:42:06 EDT

End Time: 14:44:26 EDT

Direction: Incoming

Associate #: 8184452726

Monitor: ArmTranslator113

Transcribed By: [redacted]

DRAFT

| | | |
|---|---|---|
| **Participants**: | DAVIT MIRZOYAN | = DM |
| | MELIK BOGOIAN | = MB |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | English |
| *Tertiary* | Russian |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-913-0201

Line ID: 818-913-0201
ATT

Date: 04/03/2010
Session #:16009

DRAFT

Case : 281H-NY-302568 | Target #: 818-913-0201 | Line ID: 818-913-0201 ATT

Date: 04/03/2010
Session #:16009

**TRANSLATION**

[Ringing]

DM: Bro, I am trying to call you back but I can't get through, friend.

MB: Yeah, I know. Same here. OK, dear, I don't want to take too much of your time. That dude was saying he has some eight hundred. Do you think you guys would want it?

DM: Dear Ar, not now. Right now here nothing's working out yet, my dear.

MB: *OK*. Well, I just thought to tell you, my dear.

DM: Yeah, my dear. I understand what you are saying. But not right now, my dear!

MB: *OK*.

DM: We have to wait a little. How is it going with you guys? It's screwed up with you too, right?

MB: Bro, I'm sitting at home, dear Dav.

DM: What do you mean? It's not operating?

MB: No, brother! They have put everybody on... on a paper, my dear.

DM: It's the same situation here, dear. You get it?

MB: Oh!

DM: It's the same situation here, dear. Do you get it?

MB: Oh! Yeah, yeah. Yeah, dear, I am sitting at home, dear Dav.

DM: Well, that's not good.

MB: Well, yeah, it will open. We will work, that's not a big deal. ... Yeah, bro, everyone... within one day, I mean within 2-3 days...

DM: Yeah.

MB: ... They closed about thirty.

DRAFT

Case : 281H-NY-302568 Target #: 818-913-0201 Line ID: 818-913-0201 ATT

Date: 04/03/2010

Session #:16009

DM: No way, dude!

MB: I swear!

DM: [IA]

MB: That's right, bro.

DM: That's not good.

MB: That... you know what? The one that we had, when both those papers came in. Remember that?

DM: Yeah, yeah!

MB: Everything else turned into the same here.

DM: Huh!

MB: Because-

DM: [IA]

MB: What's that, dear?

DM: So it doesn't matter new or old?

MB: Yeah, bro! The closed the week old one and the year old one.

DM: ... Hm... That's not good!

MB: Yeah, yeah.

DM: That's it, brother. This is the end.

MB: Maybe [laughing].

DM: ...

MB: *OK*, dear.

DM: [OV]. [UI], friend. Be patient [PH], we'll go to Yerevan.

MB: We should go to Yerevan, right?

DM: For sure! Something will work out there.

DRAFT

Case : 281H-NY-302568 Target #: 818-913-0201 Line ID: 818-913-0201 ATT

Date: 04/03/2010
Session #:16009

MB: [UI]

DM: At least we hear Armenian there, brother. Not like [UI] here.

MB: [Laughing] Oh, dear! *OK*, my dear. I don't want to disturb you. [OV] Greetings!

DM: OK, dear. *Later.*

[END OF CALL]

DRAFT