# UNITED STATES DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

## JOINT TASK FORCE

DRAFT

Date: 04/06/2010

Case: 281H-NY-302568 Target: 8189130201 Line ID: 818-913-0201 ATT

Session #: 16223

Start Time: 13:50:49 EDT

End Time: 13:53:27 EDT

Direction: Outgoing

Associate #: 8186921212

Monitor: ArmTranslator113

Transcribed By: ArmTranslator113

**Participants**:

| | |
|---|---|
| Davit Mirzoyan | DM |
| Herayer Baghoumian | Vazken |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *English* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Date: 04/06/2010

Session #:16223

Target #: 8189130201

Line ID: 818-913-0201

ATT

DRAFT

Case : 281H-NY-302568 Target #: 8189130201 Line ID: 818-913-0201 ATT

Date: 04/06/2010
Session #:16223

**TRANSLATION**

Vazken: Yeah, bro.

DM: Bro, what should we do? Should we change the customers? What do you think?

Vazken: Hmm. I don't know. If you have, bring them bro. Do you have any from outside?

DM: Yeah, about... Yesterday... They gave me about 300 the other day.

Vazken: Then bring those, I will drop them in.

DM: They gave just from outside. But there are no addresses for those.

Vazken: ... no addresses? *Oh shoot*. No.

DM: It won't work? What will happen if we put down random addresses?

Vazken: Hmm. It understands there and says it doesn't *match*. That can happen.

[An unidentified male in the background says, "Do not do it like that."]

Vazken: It is no use if it says it doesn't *match*. [OV] putting the right one.

DM: [OV] No, it has to *match* with the address, not the thing...

Vazken: Yeah, the address has to *match* to the first name and the last name, to where s/he lives.

DM: No, no, no.

Vazken: Yeah?

DM: The city that you put down, it has to *match* to the city.

Vazken: I do not know. If you want, do... the addresses for them. Because I do not know the address...

DM: Yeah.

Vazken: If it is from there. Those are just some addresses. Print three hundred, two hundred. I will send them on their way with different addresses.

DRAFT

Case : 281H-NY-302568 | Target #: 8189130201 | Line ID: 818-913-0201 ATT

Date: 04/06/2010
Session #:16223

DM: [Coughs] Ok.

Vazken: Yeah? We can do it like that, too. Ok?

DM: Ok.

Vazken: Do your thing and bring them to me. I will take a look at those.

DM: Ok. When we change them, it might get fixed. Here... send it on its way from here... Or you don't want to?

Vazken: I put very lightly from here. Whatever I had, I put from there, from Arizona.

DM: Yeah.

Vazken: Yeah, I put from outside. I put very lightly from here. But whatever I have from outside is finishing. I don't have that much. You get it?

DRAFT

DM: Yeah.

Vazken: But if you have, bring it. We will see what happens. I will sen... [OV] from outside.

DM: [OV] Vazken, what about... Did anything happen to the one here, the one you were doing slow and stuff, small and stuff?

Vazken: No. No, bro. That didn't work out.

DM: *Same thing*?

Vazken: *Same thing*. $700 came out yesterday for the 9s.

DM: Yeah.

Vazken: It was releasing very lightly. It was showing three thousand.

DM: Hmm.

Vazken: But it came out as 9s. What kind of *system* they put... understanding... I don't know. I have no idea.

[The unidentified male in the background says, "Yeah, I do not know, I saw it here."]

Case : 281H-NY-302568 Target #: 8189130201 Line ID: 818-913-0201 ATT

Date: 04/06/2010
Session #:16223

49 DM: Ok.

50 Vazken: Ok, bro.

51 DM: Ok, bro. Yeah.

52 [The unidentified male in the background says, "Yeah, I do not know, but I saw [UI].]

DRAFT