**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 12/22/2009

Case: 281H-NY-302568 Target: 8189130201 Line ID: 818-913-0201 ATT

Session #: 7069

Start Time: 20:39:07 EST

End Time: 20:40:52 EST

Direction: Incoming

Associate #: 8182590900

Monitor: ArmTranslator113

Transcribed By: ArmTranslator113

DRAFT

**Participants**:

| | |
|---|---|
| Davit Mirzoyan | DM |
| Vartan Boyadzhyan | VB |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *English* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 8189130201

Line ID: 818-913-0201
ATT

Date: 12/22/2009
Session #:7069

DRAFT

Case : 281H-NY-302568 | Target #: 8189130201 | Line ID: 818-913-0201 ATT

Date: 12/22/2009
Session #:7069

**TRANSLATION**

DM: Yes, Vart.

VB: Dav, are you home?

DM: Yes.

VB: You got home already. Here, I have to see someone and the "horses" will happen tomorrow morning. Get it?

DM: Ok even better.

VB: Yes, we need to give the person who did it 500. Is that ok or not ok?

DM: Yes. But aren't you going in?

VB: Yes.

DM: You are going in and out, right?

VB: Yes.

DM: Yes it is ok.

VB: But leave this *union* and the rest to tonight.

DM: Good. We will do one a day.

VB: Ok? I will come and explain it tomorrow. It is a small world, Dav. The person I called said, "Levon, how are you?"

DM: Who said it?

VB: That friend of mine, bro. I said, who is Levon? He [or she] said, they gave that which you gave me to us. I see it is you, bro, he says.

DM: Ask, did you ask how it was made? Was it ok, or not?

VB: Yes, he says, don't worry.

DM: Yes?

VB: Yes. Dav you seem to be busy. You are home. Rest. I will come in the morning and we will discuss a couple of things.

DRAFT

Case : 281H-NY-302568 Target #: 8189130201 Line ID: 818-913-0201 ATT

Date: 12/22/2009
Session #:7069

25 DM: Ok.

26 VB: Ok.

DRAFT