**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 08/11/2010

Case: 281H-NY-302568 Target: 818-800-9909 Line ID: 818-800-9909 ATT

Session #: 6967

Start Time: 15:01:33 EDT

End Time: 15:02:17 EDT

Direction: Outgoing

Associate #: 3234470700

Monitor: [redacted]

Transcribed By: ArmTranslator113

DRAFT

**Participants**:

Artur Yepiskoposyan AY
Andranik Simonyan AS

**Languages:**

Primary Armenian
*Secondary* *Russian*

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-800-9909

Line ID: 818-800-9909
ATT

Date: 08/11/2010
Session #:6967

DRAFT

Case : 281H-NY-302568 Target #: 818-800-9909 Line ID: 818-800-9909 ATT

Date: 08/11/2010
Session #:6967

**TRANSLATION**

AS: Yeah Artur jan.

AY: And jan, but you didn't put an address, *bro*.

AS: Bro yeah, they can put it. They can put whatever they want.

AY: S/He can put whatever s/he wants?

AS: Yeah, dear. Let them put an address from around here.

AY: Ok, bro.

AS: Like it has always been, Artur jan.

AY: Yeah, I don't know. S/He called and asked for an address, that is why.... So for the address... which location's address should I give?

AS: I don't know. Whatever location s/he wants. Whether s/he wants Studio City, ...

AY: Yeah ok, dear.

AS: Like that, you know. Whether s/he wants a Kalabas or whatever.

AY: Fine, bro.

AS: Yeah, dearest, yeah.

[END OF CALL]

DRAFT

**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 08/11/2010

Case: 281H-NY-302568 Target: 818-800-9909 Line ID: 818-800-9909 ATT

Session #: 6968

Start Time: 15:02:25 EDT

End Time: 15:02:39 EDT

Direction: Outgoing

Associate #: 8182590900

Monitor: [redacted]

Transcribed By: ArmTranslator113

DRAFT

**Participants**:

| | |
|---|---|
| Artur Yepiskoposyan | AY |
| Vartan Boyadzhyan | VB |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-800-9909

Line ID: 818-800-9909
ATT

Date: 08/11/2010
Session #:6968

DRAFT

Case : 281H-NY-302568 | Target #: 818-800-9909 | Line ID: 818-800-9909 ATT

Date: 08/11/2010
Session #:6968

**TRANSLATION**

VB: Yeah Art jan.

AY: Bro, let them put *any* address from around here. Whatever they want.

VB: Ok.

AY: Yeah dear.

VB: Fine bro.

[END OF CALL]

DRAFT

**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 08/11/2010

Case: 281H-NY-302568 Target: 818-800-9909 Line ID: 818-800-9909 ATT

Session #: 6969

Start Time: 16:56:46 EDT

End Time: 16:57:10 EDT

Direction: Incoming

Associate #: 8182590900

Monitor: ArmTranslator301

Transcribed By: ArmTranslator113

**Participants**:

Artur Yepiskoposyan AY
Vartan Boyadzhyan VB

**Languages:**

Primary Armenian
*Secondary*

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-800-9909

Line ID: 818-800-9909
ATT

Date: 08/11/2010
Session #:6969

DRAFT

Case : 281H-NY-302568 Target #: 818-800-9909 Line ID: 818-800-9909 ATT

Date: 08/11/2010
Session #:6969

**TRANSLATION**

AY: Yeah Vart jan.

VB: Art jan, that guy that Ando gave- -

AY: Yeah.

VB: - -the one in the picture. Is he about my height and my weight? That has to be written, too you know.

AY: I will call you back in one minute and tell you.

VB: Ok, bro.

AY: Yeah.

[END OF CALL]

DRAFT

**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 08/11/2010

Case: 281H-NY-302568 Target: 818-800-9909 Line ID: 818-800-9909 ATT

Session #: 6972

Start Time: 16:58:55 EDT

End Time: 16:59:21 EDT

Direction: Incoming

Associate #: 3234470700

Monitor: ArmTranslator301

Transcribed By: ArmTranslator113

DRAFT

**Participants**:

Artur Yepiskoposyan AY
Andranik Simonyan AS

**Languages:**

Primary Armenian
*Secondary* *English*

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-800-9909

Line ID: 818-800-9909
ATT

Date: 08/11/2010
Session #:6972

DRAFT

Case : 281H-NY-302568 | Target #: 818-800-9909 | Line ID: 818-800-9909 ATT

Date: 08/11/2010
Session #:6972

**TRANSLATION**

AS: [Aside] [UI]
AY: Yeah And.
AS: Bro, the height 5 9
AY: Yeah.
AS: The weight 160
AY: Yeah.
AS: The hair *black*.
AY: Yesh.
AS: The eyes are *brown*.
AY: The eyes are *brown*. Ok, dear.
AS: Yeah, my brother.
AY: Yeah.

[END OF CALL]

DRAFT