**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 12/15/2009

Case: 281H-NY-302568 Target: 818-913-0201 Line ID: 818-913-0201 ATT

Session #: 6278

Start Time: 17:28:24 EST

End Time: 17:30:05 EST

Direction: Incoming

Associate #: 8186921212

Monitor: [redacted]

Transcribed By: ArmTranslator113

**Participants**:

| | |
|---|---|
| Herayer Baghoumian aka Vazgen aka Vazken | HB |
| Davit Mirzoyan | DM |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *English* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-913-0201

Line ID: 818-913-0201
ATT

Date: 12/15/2009
Session #:6278

DRAFT

2 of

Case : 281H-NY-302568 | Target #: 818-913-0201 | Line ID: 818-913-0201 ATT

Date: 12/15/2009
Session #:6278

**TRANSLATION**

DM: Yeah Vazgen jan.

HB: Bro, *sorry*, I was on the line. Yeah.

DM: *That's ok* bro. [OV, UI]?

HB: [OV, UI] Yeah. I checked. There is nothing bro.

DM: There is no *report* or anything, huh?

HB: The *reports* are all ok. Whatever they received, that's how much they received. It shows the *patients* and stuff. That's that.

DM: Yeah.

HB: We don't have an A-35 yet. Don't you remember how many days it has been that I haven't checked?

DM: [OV] I don't remember, bro, no.

HB: [OV] Because..., because it comes out within 14 days.

DM: Yeah-yeah.

HB: ... from there... to my knowledge. That is why I am saying.

DM: Bro, I have a new one.

HB: A new one?

DM: Yeah.

HB: That... We have to wait until I go and come back.

DM: Where are you going, friend?

HB: [Mumbles] I am going to Iran for about 6 days and come back. I go on the 22nd - 23rd --

DM: Yeah.

HB: – I will be back on the 29th. So, it is going to be [OV] *holiday* here.

DM: [OV] I want to send it by paper. I want to send it by paper.

DRAFT

Case : 281H-NY-302568 | Target #: 818-913-0201 | Line ID: 818-913-0201 ATT

Date: 12/15/2009
Session #:6278

HB: What?

DM: I want to send it by paper.

HB: You want to send it by paper? Ok bro, bring it early in the morning. Let me see what it is.

DM: Ok, bro. I will bring it early in the morning.

HB: Yeah, so I can print a few hundred of them and give them. So there are only a few workdays, only 3 days that I won't be here.

DM: Yeah-yeah.

HB: You understand? The rest is all *holiday*.

DM: Yeah, I know bro, I know.

HB: Yeah. I will go visit my father and my mother, [UI], visit them and come back.

DM: Ok fine Vazgen jan, I see.

HB: Ok then. Bring them to me early in the morning. Just call before you come, after 9:00. Ok?

DM: Yeah.

HB: Ok bro. Done. *Bye*.

DM: Uh-huh.

[END OF CALL]

DRAFT