**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 08/20/2010

Case: 281H-NY-302568 Target: 818-800-9909 Line ID: 818-800-9909 ATT

Session #: 7901

Start Time: 17:16:11 EDT

End Time: 17:33:09 EDT

Direction: Incoming

Associate #: 79651544407

Monitor: [redacted]

Transcribed By: ArmTranslator113

**Participants**:

| | |
|---|---|
| Arut Yepiskoposyan | AY |
| Samo LNU | Samo |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-800-9909

Line ID: 818-800-9909
ATT

Date: 08/20/2010
Session #:7901

DRAFT

Case : 281H-NY-302568 | Target #: 818-800-9909 | Line ID: 818-800-9909 ATT

Date: 08/20/2010
Session #:7901

**TRANSLATION**

[Minimized]
[Spot Check]
[Minimized]
[Spot Check]
[Minimized]
[Spot Check]
[Beginning of transcript 17:29:35]

Samo: How is your business, dearest.
AY: [Pause]
Samo: Hello.
AY: Business is alright, Sam jan. It is a little weak. This country got fucked, bro. Nothing came out since the *crisis*.
Samo: *Anyway* that's that [OV, UI].
AY: [OV, UI]
Samo: How are the guys?
AY: Normal. You know that I bought a venue in Yerevan. That... [OV, UI] some money. You know about the café.
Samo: [OV, UI]. I know about the café.
AY: Well I am talking about the café.
Samo: I have been to the café about 60 times.
AY: Yeah, well the café is ok you know. At least it takes care of my family in Yerevan. At least I am in peace about that matter.
Samo: Yeah. I know that, dear. Good for you [OV, UI].
AY: [OV] I am ok, getting by. It was good for some time, bro, for some time. *It is just*

DRAFT

Case : 281H-NY-302568 Target #: 818-800-9909 Line ID: 818-800-9909 ATT

Date: 08/20/2010

Session #:7901

*that* afterwards everything... This country got fucked, and as for us, we will see [UI].

[End of transcript 17:30:20]

DRAFT