**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 07/07/2010

Case: 281H-NY-302568 Target: 818-913-0201 Line ID: 818-913-0201 ATT

Session #: 21816

Start Time: 18:45:05 EDT

End Time: 18:52:46 EDT

Direction: Incoming

Associate #: 374-55-406961

Monitor: [redacted]

Transcribed By: ArmTranslator113

**Participants**:

| | |
|---|---|
| Artur Yepiskoposyan | AY |
| Jacob Pogosian | JP |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-913-0201

Line ID: 818-913-0201
ATT

Date: 07/07/2010
Session #:21816

DRAFT

Case : 281H-NY-302568 Target #: 818-913-0201 Line ID: 818-913-0201 ATT

Date: 07/07/2010
Session #:21816

**TRANSLATION**

[Minimized]

[Spot check]

[Minimized]

[Spot check]

[Beginning of transcript 18:50:04]

AY: I will go to Sevan, and sit there in the breeze. I went to Sevan and relaxed there nicely in the breeze.

JP: *Good* for you, bro. It's not worth going anywhere other than Sevan today, bro.

AY: No bro. Yeah, it is screwed up.

JP: So until when are you going to extend it, until after the 12th?

AY: What am I going to do?

JP: I am saying, until when will you extend it on the 12th?

AY: As long as the money will last bro.

JP: [Laughs]

AY: I will extend it as much as you send me, my darlings.

JP: [Aside] He says, "I will extend it as much as you send me" [laughs].

AY: I don't cost much, [UI], bro send me 20,000 a month, my dick, I won't come *at all*.

JP: Of course. [OV] I see, my brother.

AY: [OV] Ok dear, I am kidding.

JP: Ok dear.

AY: Bro, do so that I feel rich *when* I come back. Otherwise, I will be a faggot if I don't come back the next day after I come there. I don't give a fuck. [OV] Look, do something. Do whatever it takes, Hak.

JP: [OV] *Seriously*, bro. *Seriously*. That... good... That is so true. That is so true.

DRAFT

Case : 281H-NY-302568 Target #: 818-913-0201 Line ID: 818-913-0201 ATT

Date: 07/07/2010

Session #:21816

AY: If I come and it is not like that, I will be a faggot... I will fuck friendship, America...

JP: Ok dearest. Go to sleep. Relax.

[End of transcript 18:51:32]

DRAFT