**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

DRAFT

Date: 07/22/2010

Case: 281H-NY-302568 Target: 818-913-0201 Line ID: 818-913-0201 ATT

Session #: 23160

Start Time: 19:09:01 EDT

End Time: 19:11:13 EDT

Direction: Incoming

Associate #: 8186368844

Monitor: [redacted]

Transcribed By: ArmTranslator113

**Participants**:

| | |
|---|---|
| Arman Grigorian | AG |
| Artur Yepiskoposyan | AY |

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |
| | English |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568

Target #: 818-913-0201

Line ID: 818-913-0201
ATT

Date: 07/22/2010
Session #:23160

Page 2 of 5

DRAFT

Page 2 of 5

Case : 281H-NY-302568 Target #: 818-913-0201 Line ID: 818-913-0201 ATT

Date: 07/22/2010
Session #:23160

**TRANSLATION**

DRAFT

AG: [OV] Dav? Yeah dear.

AY: [OV] Arm. How are you, dear? It is Artur, bro.

AG: Yeah Art jan. I got it, I got it by your voice. [OV] How are you, my friend?

AY: [OV] What's up? Good bro. We came to Mexico for... fish.

AG: Yeah I know. I called. For... fish, you are going to fi-fish?

AY: Well supposedly [Laughs].

AG: [Laughs] How are you, my brother?

AY: Good, my brother. So what are you doing?

AG: Nothing, nothing, dear. I had something to eat. I am going to work now. What are you doing? What are you and others doing?

AY: Nothing, Arm man, let me ask you something like a brother. If you can, call that Karen...

AG: Yeah.

AY: ... I will *just* say something, forward it to him. Tell him, Artur said, I swear on my child, if he doesn't send that money by 11:00 in the morning...

AG: Yeah.

AY: ... say Artur swore on his child that he will not need that money any longer. I will hurt him or I am a son of a bitch. That is how he has gotten on my nerves. He is not picking up the phone. He will answer your calls. Just for-forward my words like that. Say... I swear on my child's life I am going to hurt him, see I am swearing on my child.

AG: Ok ok.

AY: He thinks I am a douchebag? Man, I promised people. I called him and told him I will give him 4 days time to <u>wire</u> that money.

Case : 281H-NY-302568 Target #: 818-913-0201 Line ID: 818-913-0201 ATT

Date: 07/22/2010
Session #:23160

AG: Hmm-hmm.

AY: My man, it's so good tha-... He is not picking up the phone. We are not douchebags here. I swear on my child I will throw..., I will do something to him, I swear, or I am a son of a bitch. I only ask that you forward those words to him. Say, if the money is not deposited until 11:00 in the morning, Artur swore such things.

AG: Ok my friend, ok.

AY: Please forward that.

AG: No problem, no problem.

AY: Because he is not answering my calls so I can forward.

AG: Yeah, yeah.

AY: I know it doesn't concern you and I am getting you into this shit. But like a brother, please forward.

DRAFT

AG: No problem dear. You are... drinking? You are too serious.

AY: No, brother. Just... I got stressed out. Those people are waiting for that wire since this morning. He is not letting us have a vacation, fuck him. I am calling since this morning. He is not picking up the phone, brother.

AG: Hmm.

AY: We are stressed out. We came as if to chill for 2 minutes, motherfucker.

AG: What kind of money is it, that he [OV, UI]?

AY: [OV] It is the money for the stone , brother. It is sold, new, you know, it isn't...

AG: Oh the money for the stone.

AY: Yeah brother. It isn't a check or anything, man. I gave a stone to him to sell, fuck his mouth. He completely drove me crazy already, brother.

Case : 281H-NY-302568 Target #: 818-913-0201 Line ID: 818-913-0201 ATT

Date: 07/22/2010
Session #:23160

49 AG: I will call now, my friend. I will call now.

50 AY: Please call and call back.

51 AG: Ok, my brother.

DRAFT