[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Session:** | 13839 | **Date:** | 03/30/2010 EDT | **Classification:** | Pertinent | **Duration:** | 00:01:22 |
| **Monitored By:** | [redacted] | **Start Time:** | 12:04:23 EDT | **Complete:** | Completed | **Direction:** | Incoming |
| **In Digits:** | 74992711029 | **Participants:** | Terdjanian, Robert | | | | |

## Synopsis

IC from Unknown Male/[Possibly named Sur] to RT.

UM wishes RT and family a Happy Easter.

RT: What are they saying about the passport?

UM: I saw them yesterday. It has been sent. We [UM and others] will probably receive it in 2 or 3 days.

[redacted]

[redacted]

[redacted]