| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Session:** | 15816 | **Date:** | 04/14/2010 EDT | **Classification:** | Pertinent | **Duration:** | 00:01:04 |
| **Monitored By:** | [redacted] | **Start Time:** | 13:45:29 EDT | **Complete:** | Completed | **Direction:** | Incoming |
| **In Digits:** | 7189153738 | **Participants:** | Terdjanian, Robert<br>Vovk, Galina | | | | |

**Linesheet** User: [redacted]

| Case: | 281H-NY-302568 | Target: | 917-704-7400 | Line: | 917-704-7400 ATT | File Number: | 281H-NY-302568 |
|---|---|---|---|---|---|---|---|

## Synopsis

IC from Rafik Terdjanian to RT

Rafik - i will tell you another good news
RT - yeah
Rafik - date for staying in foreign countries is until 2015; passport expires in 2020
RT - very good
Rafik - so you can go tomorrow, come back and get your green card in 6 months, 100%
RT - we will see
Rafik - no "we will see". When you come... there are good things in it... i will tell you, you will see, that it is 100%.
RT - i don't know if those good things effect me
Rafik - they will affect you because your last name is written as my last name the way i received in the new one. You understand?
RT - yeah
Rafik - you understand what i am saying?
RT - yeah yeah
Rafik - ok

[redacted]

[redacted]

## Comments

[redacted]