[redacted]

**Session:** 17115
**Monitored By:** [redacted]
**In Digits:** 7183131481
**Date:** 05/03/2010 EDT
**Start Time:** 12:42:06 EDT
**Participants:** Terdjanian, Robert
**Classification:** Pertinent
**Complete:** Completed
**Duration:** 00:04:45
**Direction:** Incoming

## Synopsis

IC from Armen 718-313-1481 to RT

Armen has been trying to reach RT without success. He thanks RT for helping him in time of need. He has been sick.
Armen - the cops here are not like the ones there
RT - they aren't any better here. Tell me, will Gevorik help in any way?
Armen - Qerop's guy named Gevorik [male name] or the one from Komitas?
RT - Qerop
Armen - yeah I saw him. They said he is a good guy.
RT - they called, we had someone call
Armen - yeah they said, "he is a thief, take good care of him" about me haha.

RT complains about being here [in the US] and not having any success.
RT - if they don't give me documents, of course, i have to get up and leave. [redacted] What am i going to do here without documents?

RT asks if Armen spoke to Arsen. Armen will start driving a Taxi soon, but he doesn't have a license yet. RT tells him to figure something out about the license.

They talk about RT's kid.

[RT and Armen might be relatives because Armen claims that RT is the smartest guy in their clan].