**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**

**JOINT TASK FORCE**

Date: 07/13/2010

Case: 281H-NY-302568 Target: 818-800-9909 Line ID: 818-800-9909 ATT

Session #: 4212

Start Time: 14:24:48 EDT

End Time: 14:26:20 EDT

Direction: Incoming

Associate #: 8184331362

Monitor: [redacted]

Transcribed By: ArmTranslator301

DRAFT

**Participants**: Artur Yepiskoposyan AY
Gourgen Mirimanian GM

**Languages:**

| | |
|---|---|
| Primary | Armenian |
| *Secondary* | *Russian* |

**Abbreviations:**

| | | | |
|---|---|---|---|
| Inaudible | IA | Stutters | ST |
| Unintelligible | UI | Voice Overlap | OV |
| Phonetically | PH | Prerecorded Message | RC |

Case : 281H-NY-302568 Target #: 818-800-9909 Line ID: 818-800-9909 ATT

Date: 07/13/2010
Session #:4212

# TRANSLATION

AY: Yeah dear.
GM: Art jan listen here, bro.
AY: Yeah dear.
GM: There is this matter that can happen, *just in case*, I don't know that [UI] for sure [OV]. It is an immigration matter.
[Background UM /OV/UI]
AY: What-what?
GM: Hello?
AY: Yeah.
GM: I am saying this *just in case*. I am still not sure regarding that matter.
AY: Yeah.
GM: Now, the Immigration took Artur [PH] already from Pasadena. S/he came and took him. [OV] S/he came and picked him up.
AY: [OV] Hmm. Hmm.
GM: Is there a way, *just in case*, *you never know*, like if we could *just* warn... so if it comes to that Yerevan will not accept him.
AY: Bro, it is like.... I have to call, bro. It is not something to be taken care of in one m-m-minute.
GM: It might-[OV].
AY: [OV] Let me look into it, fine.
GM: What?
AY: I will look into it now. I have to call Yerevan, the *consul* and stuff, bro.
GM: Yeah, today or tomorrow. Because I have to... [OV, UI] today.
AY: [OV][UI] Not tomorrow, I will call now. What was the first and last name? Artur

DRAFT

Verdyan [PH]?

GM: Artur Verdyan [PH], but it is spelled differently. Do you want me to <u>text</u> it to you?

AY: No bro. There is no need. There is nothing to send me a <u>text</u> for. I will look into it now, I will call you later.

GM: It is *just*... it might not get to that, Art [PH].

AY: Bro, whoever it is... the head of the department... whoever is the... I am going to call to the exact person, who does the denial.

GM: Ok dear. I am just trying to say, that it is *just in case*...the last *option*-[OV]

AY: Yeah, that's what I am saying, I am going to *ensure* it.

GM: Fine dear. Yeah, Art-.

[END OF CALL]

DRAFT